UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

MEGAN LUNDY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

IDEANOMICS, INC., ALFRED POOR, BRUNO WU, AND CONOR MCCARTHY,

Defendants.

No. 1:20-CV-04944-GBD

## [~~PROPOSED~~] ORDER REGARDING RESPONSE TO COMPLAINT

THIS CAUSE came before the Court upon the Parties' Joint Stipulation, and upon due consideration and for good cause shown:

IT IS HEREBY ORDERED as follows:

1. Defendants shall not be required to answer or otherwise respond to the current Complaint (ECF No. 1);

2. Within 10 days of entry of an order appointing a Lead Plaintiff, the parties will confer and, in light of circumstances at that time, submit a proposed schedule for the filing of an amended complaint, Defendants' response thereto, and all briefing associated with any motion(s) to dismiss; and

3. The parties' stipulation and present order is without prejudice to or waiver of any rights, arguments, defenses, or other objections of the parties.

Dated: JUL 2 3 2020

_____
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE