**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MEGAN LUNDY, individually and on behalf of all others similarly situated, | Case No. 1:20-cv-04944-GBD-OTW |
| Plaintiff, | |
| v. | |
| IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY, | |
| Defendants. | |
| ANDREW KIM, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:20-cv-05203-GBD-OTW |
| Plaintiff, | |
| v. | |
| IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY, | |
| Defendants. | |

**NOTICE OF THE MOTION OF RENE AGHAJANIAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that on a date and time designated by the Court, before the Honorable George B. Daniels, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, putative class member Rene Aghajanian ("Mr. Aghajanian"), by his undersigned counsel, will respectfully move this Court for entry of an Order for: (1) consolidation of the above-captioned related actions pursuant to Federal Rule of Civil Procedure 42(a); (2) appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B); and (3) approval of his selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class.

This motion is made on the grounds that Mr. Aghajanian is the "most adequate plaintiff" pursuant to the PSLRA.   In support of this motion, Mr. Aghajanian submits herewith an accompanying memorandum of law and the declaration of Naumon A. Amjed.

DATED:  August 27, 2020                              Respectfully submitted,

**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**

*S/ Naumon A. Amjed*
Naumon A. Amjed
Ryan T. Degnan
Karissa J. Sauder
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
namjed@ktmc.com
rdegnan@ktmc.com
ksauder@ktmc.com

*Counsel for Rene Aghajanian and*
*Proposed Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460

1

Los Angeles, CA 90067
Tel: (310) 301-3335
Fax: (877) 590-0482
brian@schallfirm.com

*Additional Counsel for Rene Aghajanian*

2