**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MEGAN LUNDY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY, <br><br> Defendants. | Case No. 1:20-cv-04944-GBD-OTW |
| ANDREW KIM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY, <br><br> Defendants. | Case No. 1:20-cv-05203-GBD-OTW |

**DECLARATION OF NAUMON A. AMJED IN SUPPORT OF THE MOTION OF RENE AGHAJANIAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Naumon A. Amjed, declare as follows:

1.       I am a member in good standing of the State Bar of New York and am admitted to practice before this Court.  I am a partner at the law firm of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz").  I submit this declaration in support of the motion filed by Rene Aghajanian ("Mr. Aghajanian") for consolidation of the above-captioned related actions pursuant to Federal Rule of Civil Procedure 42(a), appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and approval of his selection of Kessler Topaz as Lead Counsel for the class.

2.       Attached are true and correct copies of the following exhibits:

Exhibit A:    Sworn certification of Mr. Aghajanian pursuant to the PSLRA;

Exhibit B:    Chart of Mr. Aghajanian's transactions and losses in Ideanomics, Inc. securities during the Class Period;

Exhibit C:    Declaration of Rene Aghajanian;

Exhibit D:    Notice of the pendency of *Lundy v. Ideanomics, Inc., et al.*, No. 1:20-cv-04944-GBD-OTW (S.D.N.Y.), published by *GlobeNewswire* on June 28, 2020; and

Exhibit E:    Firm résumé of Kessler Topaz Meltzer & Check, LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of August 2020.

*S/ Naumon A. Amjed*
Naumon A. Amjed

1