# **EXHIBIT B**

**Rene Aghajanian**
**LIFO Losses in Ideanomics, Inc.**
Class Period: 3/20/2020 - 6/25/2020

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/22/2020 | 8,760 | $3.55 | $31,098.00 | *Sale | 6/26/2020 | 600 | $1.46 | $876.00 |
| Purchase | 6/22/2020 | 14,840 | $3.56 | $52,830.40 | *Sale | 6/26/2020 | 1,300 | $1.46 | $1,898.00 |
| Purchase | 6/22/2020 | 26,400 | $3.57 | $94,248.00 | *Sale | 6/26/2020 | 38,558 | $1.46 | $56,294.68 |
| | | | | | *Sale | 6/26/2020 | 1,200 | $1.46 | $1,752.00 |
| | | | | | *Sale | 6/26/2020 | 8,342 | $1.46 | $12,179.32 |
| | | 50,000 | | $178,176.40 | | | 50,000 | | $73,000.00 |
| | | | | | | | | LIFO loss: | ($105,176.40) |

* Post-class sale price adjusted per PSLRA.