# <u>EXHIBIT C</u>

## DECLARATION OF RENE AGHAJANIAN

I, Rene Aghajanian, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I respectfully submit this Declaration in support of my Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel in the class action litigation pending against Ideanomics, Inc. ("Ideanomics" or the "Company"). I have personal knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

2.      I am a resident of California. Currently, I own an espresso bean roasting factory in Rome, Italy. Previously, I worked as a financial advisor and owned an insurance practice. I received a bachelor's degree from Loma Linda University and a J.D. from Western State University College of Law, where I gained experience working with attorneys through employment during law school. I have been investing in the stock market for approximately 20 years.

3.      As set forth in my motion for appointment as Lead Plaintiff, I suffered substantial losses as a result of my investments in Ideanomics securities during the Class Period. I personally made the investment decisions in connection with each of these transactions and transacted them myself through my personal brokerage account.

4.      I am familiar with the facts and circumstances relating to the pending class action lawsuit involving Ideanomics. After reviewing a press release concerning the lawsuit filed against Ideanomics, I contacted Brian Schall of The Schall Law Firm to seek legal advice. Mr. Schall referred me to Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz"). Prior to the filing of my motion, I had multiple discussions with Mr. Schall, via telephone, email, and in person, as well as attorneys from Kessler Topaz, via telephone and email, regarding the litigation against Ideanomics, the possibility of serving as a lead plaintiff on behalf of other Ideanomics investors, and the duties and responsibilities that I would assume if appointed as lead plaintiff under the Private Securities Litigation Reform Act of 1995 ("PSLRA").

5.      I was informed and understand that I am under no obligation to seek appointment as lead plaintiff or to retain Kessler Topaz, The Schall Law Firm, or any other firm to represent me in this litigation. I am aware that I am free to select any qualified law firm to act as my counsel in this case, and that multiple law firms have issued press releases concerning this action.

6.      After being advised of Kessler Topaz's experience representing investors in securities fraud class action lawsuits as lead counsel, I affirmatively decided to retain Kessler Topaz to file a motion on my behalf seeking appointment as lead plaintiff. In connection with my decision, I provided counsel with information regarding all of my transactions in Ideanomics securities. I understand the responsibilities and obligations with which a lead plaintiff is charged under the PSLRA, which include acting as a fiduciary for all class members, staying informed about the litigation, and overseeing lead counsel. I accept these responsibilities and am willing to oversee the vigorous prosecution of this litigation in order to maximize the class's recovery. I also negotiated and executed a competitive retention agreement with counsel before my motion was filed, and I authorized Kessler Topaz to seek appointment as lead counsel, with The Schall Law Firm as additional counsel.

7.      I will remain involved in this litigation after the filing of my motion, including having discussions with attorneys from Kessler Topaz regarding my motion and the competing motions, if any, filed by other movants. Based on the significance of my losses, I am highly motivated, through my oversight of my chosen counsel, to recover the maximum amount possible for my fellow investors.

8.      I understand the obligations of a lead plaintiff under the PSLRA, including attending court proceedings, depositions, settlement mediations, and hearings as needed, and communicating regularly with counsel regarding the litigation, including reviewing and authorizing the filing of important litigation documents, and hereby reaffirm my commitment to satisfying these obligations and obtaining the greatest possible recovery for the class. I also understand that a lead plaintiff is

required to direct counsel, which I am prepared to do throughout this litigation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to me are true and correct to the best of my knowledge.

Executed: 8/26/2020 _____

Rene Aghajanian