# Exhibit A

Case 1:20-cv-04944-GBD   Document 21-1   Filed 08/27/20   Page 1 of 3

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

I, Gary Sons, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint alleging securities fraud against Ideanomics, Inc. (IDEX) and others, and adopt its allegations.

2. I did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities law.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transactions during the Class Period in the securities that are the subject of this action are set forth in the Chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any case brought under the federal securities laws.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Fresno, California this 24th day of August, 2020.

By: _____
    DocuSigned by: [signature]
    1F58FFCDB9974E2...

Name (print):     Gary Sons
Street Address:   [redacted]
City, State, Zip: [redacted]
County/Country:   [redacted]
Phone:            [redacted]

**Gary Sons - Ideanomics, Inc. (IDEX) Transactions**
**Class Period 03/20/20 - 06/25/20**

| Date | Transaction Type | Shares | Share Price |
|---|---|---|---|
| 06/25/20 | Purchase | 700 | $2.6300 |
| 06/25/20 | Purchase | 2,360 | $2.6250 |
| 06/25/20 | Purchase | 121,780 | $2.6600 |
| 06/25/20 | Purchase | 137,473 | $2.6500 |
| 06/25/20 | Purchase | 100 | $2.6450 |
| 06/25/20 | Purchase | 37,587 | $2.6700 |
| 06/25/20 | Purchase | 50,000 | $2.6900 |
| 07/02/20 | Purchase | 4,234 | $1.5100 |
| 07/02/20 | Purchase | 27,206 | $1.5200 |
| 07/02/20 | Purchase | 285,473 | $1.5300 |
| 07/02/20 | Purchase | 15,400 | $1.5298 |
| 07/02/20 | Purchase | 200 | $1.5290 |
| 07/02/20 | Purchase | 200 | $1.5275 |
| 07/02/20 | Purchase | 17,287 | $1.5250 |
| 07/02/20 | Sell | 9,845 | $1.6600 |
| 07/02/20 | Sell | 39,351 | $1.6500 |
| 07/02/20 | Sell | 300,804 | $1.6000 |
| 07/07/20 | Sell | 5,000 | $1.2900 |
| 07/07/20 | Sell | 16,000 | $1.2850 |
| 07/07/20 | Sell | 2,300 | $1.2825 |
| 07/07/20 | Sell | 500 | $1.2810 |
| 07/07/20 | Sell | 205,401 | $1.2800 |
| 07/07/20 | Sell | 120,799 | $1.2700 |