# Exhibit B

**Gary Sons - Ideanomics, Inc. (IDEX)**
**Class Period 03/20/20 - 06/25/20**

|  | Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) |
|---|---|---|
| FIFO Losses | $434,793.77 | $357,396.04 |
| LIFO Losses | $434,793.77 | $315,396.04 |

**Loss Analysis for Gary Sons - Ideafomics, Inc. (IDEX)**
**Class Period 03/20/20 - 06/25/20**
**FIFO**

| | Date | Shares | PURCHASES Share Price | Amount Paid | | Date | Shares | SALES Share Price | Amount Received |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | |
| Class Period | 06/25/20 | 700 | $2.6300 | $1,841.00 | | | | | |
| Purchases | 06/25/20 | 2,360 | $2.6250 | $6,195.00 | | | | | |
| | 06/25/20 | 121,780 | $2.6600 | $323,934.80 | | | | | |
| | 06/25/20 | 137,473 | $2.6500 | $364,303.45 | | | | | |
| | 06/25/20 | 100 | $2.6450 | $264.50 | | | | | |
| | 06/25/20 | 37,587 | $2.6700 | $100,357.29 | | | | | |
| | 06/25/20 | 50,000 | $2.6900 | $134,500.00 | | | | | |
| Post Class | 07/02/20 | 4,234 | $1.5100 | $6,393.34 | Post Class | 07/02/20 | 9,845 | $1.6600 | $16,342.70 |
| Purchases | 07/02/20 | 27,206 | $1.5200 | $41,353.12 | Sales | 07/02/20 | 39,351 | $1.6500 | $64,929.15 |
| | 07/02/20 | 285,473 | $1.5300 | $436,773.69 | | 07/02/20 | 300,804 | $1.6000 | $481,286.40 |
| | 07/02/20 | 15,400 | $1.5298 | $23,558.92 | | *7/7/2020 | 5,000 | $1.6400 | $8,200.00 |
| | 07/02/20 | 200 | $1.5290 | $305.80 | | *7/7/2020 | 16,000 | $1.6400 | $26,240.00 |
| | 07/02/20 | 200 | $1.5275 | $305.50 | | *7/7/2020 | 2,300 | $1.6400 | $3,772.00 |
| | 07/02/20 | 17,287 | $1.5250 | $26,362.68 | | *7/7/2020 | 500 | $1.6400 | $820.00 |
| | | | | | | *7/7/2020 | 205,401 | $1.6400 | $336,857.64 |
| | | | | | | *7/7/2020 | 120,799 | $1.6400 | $198,110.36 |

*On 07/07/20 movant actually sold 5,000 shares at $1.29, 16,000 shares at $1.285, 2,300 shares at $1.2825, 500 shares at $1.281, 205,401 shares at $1.28, and 120,799 shares at $1.27. However, under the PSLRA's loss limitation, 15 U.S.C. § 78u-4(e)(2), Movant's losses are calculated by using the mean trading price of IDEX between 06/26/20 and 07/07/19, $1.64.

| | | | | |
|---|---|---|---|---|
| **Total Shares Acquired in CP** | 350,000 | **Total Amt. Paid in CP** | $931,396.04 | **Total Shares Sold in CP** 0 |

**Total Amt. Sold in CP** $0.00
**Post CP Shares Sold** 350,000  **Post CP Amount Sold** $574,000.00
**Total Shares Sold to Current** 350,000  **Total Amt. Sold to Current** $574,000.00 ALTERNATIVE

**Actual Net Shares Acquired in CP** 350,000 (CP Retained Shares)

**Net Amount Paid  in CP** $931,396.04
**Net Amount Paid in CP Minus Sold to Current Date** $357,396.04 ALTERNATIVE

**Calculation Using 90-Day Lookback**
**Net Shares Acquired in CP (CP Retained Shares)** 350,000 Automatically 0 if Negative
**Net  Shares Acquired During Class Period Held to Current Date** 0 Automatically 0 if Negative (ALTERNATIVE)

**90-Day Mean Share Price after last Day of CP** $1.42

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** $496,602.27
**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** $0.00 ALTERNATIVE
**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** $931,396.04 ALTERNATIVE

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** $434,793.77
**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** $357,396.04 ALTERNATIVE

**Loss Analysis for Gary Sons - Ideanomics, Inc. (IDEX)**
**Class Period 03/20/20 - 06/25/20**
**LIFO**

| | Date | Shares | PURCHASES Share Price | Amount Paid | | Date | Shares | SALES Share Price | Amount Received |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | |
| Class Period | 06/25/20 | 700 | $2.6300 | $1,841.00 | | | | | |
| Purchases | 06/25/20 | 2,360 | $2.6250 | $6,195.00 | | | | | |
| | 06/25/20 | 121,780 | $2.6600 | $323,934.80 | | | | | |
| | 06/25/20 | 137,473 | $2.6500 | $364,303.45 | | | | | |
| | 06/25/20 | 100 | $2.6450 | $264.50 | | | | | |
| | 06/25/20 | 37,587 | $2.6700 | $100,357.29 | | | | | |
| | 06/25/20 | 50,000 | $2.6900 | $134,500.00 | | | | | |
| Post Class | 07/02/20 | 4,234 | $1.5100 | $6,393.34 | Post Class | *7/2/2020 | 9,845 | $1.7600 | $17,327.20 |
| Purchases | 07/02/20 | 27,206 | $1.5200 | $41,353.12 | Sales | *7/2/2020 | 39,351 | $1.7600 | $69,257.76 |
| | 07/02/20 | 285,473 | $1.5300 | $436,773.69 | | *7/2/2020 | 300,804 | $1.7600 | $529,415.04 |
| | 07/02/20 | 15,400 | $1.5298 | $23,558.92 | | 07/07/20 | 5,000 | $1.2900 | $6,450.00 |
| | 07/02/20 | 200 | $1.5290 | $305.80 | | 07/07/20 | 16,000 | $1.2850 | $20,560.00 |
| | 07/02/20 | 200 | $1.5275 | $305.50 | | 07/07/20 | 2,300 | $1.2825 | $2,949.75 |
| | 07/02/20 | 17,287 | $1.5250 | $26,362.68 | | 07/07/20 | 500 | $1.2810 | $640.50 |
| | | | | | | 07/07/20 | 205,401 | $1.2800 | $262,913.28 |
| | | | | | | 07/07/20 | 120,799 | $1.2700 | $153,414.73 |

*On 07/02/20 movant actually sold 9,845 shares at $1.66, 39,351 shares at $1.65, and 300,804 shares at $1.60. However, under the PSLRA's loss limitation, 15 U.S.C. § 78u-4(e)(2), Movant's losses are calculated by using the mean trading price of IDEX between 06/26/20 and 07/02/19, $1.76.*

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 350,000 | Total Amt. Paid in CP | $931,396.04 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |

Total Shares Acquired in CP    350,000    Total Amt. Paid in CP    $931,396.04    Total Shares Sold in CP    0    Total Amt. Sold in CP    $0.00

Post CP Shares Sold    350,000    Post CP Amount Sold    $616,000.00

Total Shares Sold to Current    350,000    Total Amt. Sold to Current    $616,000.00 ALTERNATIVE

Actual Net Shares Acquired in CP    350,000    (CP Retained Shares)

Net Amount Paid in CP    $931,396.04

Net Amount Paid in CP Minus Sold to Current Date    $315,396.04 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)    350,000    Automatically 0 if Negative

Net Shares Acquired During Class Period Held to Current Date    0    Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP    $1.42

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price    $496,602.27

Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price    $0.00 ALTERNATIVE

Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price    $931,396.04 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)    $434,793.77

Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)    $315,396.04 ALTERNATIVE