# Exhibit C

**DECLARATION OF GARY SONS IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Gary Sons, pursuant to 28 U.S.C. § 1746, declare as follows:

1.       I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") on behalf of investors in Ideanomics, Inc. ("Ideanomics" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.       I am 67 years of age and currently reside in Fresno, California.  I am the President and CEO of Brandon-Garrett Construction, Inc., a Fresno-based construction company that specializes in the building of restaurants.  I have over 40 years of investment experience.

3.       As set forth in the documents to be filed with my motion, during the Class Period I personally purchased a substantial amount of shares of Ideanomics and retained a significant portion of those shares through June 25, 2020, when the share price dropped significantly due to the disclosures alleged in the complaint and suffered substantial recoverable losses as a result.  By virtue of my significant financial interest in the resolution of the Action I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.       Prior to seeking appointment as lead plaintiff in the Actions, I spoke via phone and email with attorneys at Hagens Berman Sobol Shapiro LLP about the lead plaintiff process, the responsibilities of a lead plaintiff under the PSLRA, and how the case would progress after a lead plaintiff is appointed.  I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe duties to the Class to act in its best interest.  If appointed as lead plaintiff, I will be responsible for conferring with counsel, reviewing and authorizing the filing of important litigation documents, and being deposed or attending important court hearings and trial, if necessary.  I further understand that I am not required to seek appointment as lead plaintiff in order to recover.  Rather, based on my financial interest, I decided to seek lead plaintiff appointment rather than remain an absent class member.

5.       After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Hagens Berman Sobol Shapiro LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes I signed a retainer agreement with Hagens Berman Sobol Shapiro LLP and authorized the firm to file a lead plaintiff motion on my behalf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.  Executed in Fresno, California this 24th day of August, 2020.

DocuSigned by:

1F58FFCDB9974E2...

GARY SONS