**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MEGAN LUNDY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC, ALFRED POOR, BRUNO WU, and CONOR MCCARTHY,<br><br>Defendants. | Case No.: 1:20-cv-04944-GBD<br><br>Hon. George B. Daniels |
| ANDREW KIM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY,<br><br>Defendants. | Case No.: 1:20-cv-05203-GBD<br><br>Hon. George B. Daniels |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF RICHARD R.**
**LABOUNTY'S MOTION FOR CONSOLIDATION OF THE ACTIONS,**
**APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF**
**SELECTION OF COUNSEL**

I, SHANNON L. HOPKINS, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner of the law firm Levi & Korsinsky, LLP, proposed Lead Counsel for movant Richard R. LaBounty ("Movant").  I respectfully submit this declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

1

**Exhibit A:** Sworn Certification signed by Movant;

**Exhibit B:** Movant's estimated loss calculations;

**Exhibit C:** Notice of pendency of class action published on *Globe Newswire* on June 28, 2020;

**Exhibit D:** Levi & Korsinsky, LLP's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of August, 2020        /s/ *Shannon L. Hopkins*
                                                              Shannon L. Hopkins