# EXHIBIT B

| Client Name | Richard R. LaBounty |
| --- | --- |
| Company Name | Ideanomics, Inc. |
| Ticker Symbol | IDEX |
| Security Type | |
| Class Period Start | 03-20-2020 |
| Class Period End | 06-25-2020 |
| 90-DAY Lookback Period Start | 06-25-2020 |
| 90-DAY Lookback Period End | 08-27-2020 |
| 90-DAY Lookback Average | $ 01.44 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | $18,147.82 |
| DURA LIFO* Total | $18,098.40 |
| Gross Shares Purchased | 25,000.00 |
| Net Shares Retained | 11,000.00 |
| Net Funds Expended | $ 34,002.49 |

### Richard R. LaBounty

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 06-10-2020 | 2500 | $1.0999 | $ 2,749.75 | 06-12-2020 | 2500 | | $ 01.12 | $ 2,800.25 | - | - | - | $ 01.44 | | -$ 50.50 | -$ 50.50 |
| 06-10-2020 | 1500 | $1.0945 | $ 1,641.75 | 06-12-2020 | 1500 | | $ 01.12 | $ 1,680.15 | - | - | - | $ 01.44 | | -$ 38.40 | -$ 38.40 |
| 06-11-2020 | 4262 | $1.1300 | $ 4,816.06 | 06-12-2020 | 4262 | | $ 01.12 | $ 4,773.87 | - | - | - | $ 01.44 | | $ 42.19 | |
| 06-11-2020 | 738 | $1.1299 | $ 833.87 | 06-12-2020 | 738 | | $ 01.12 | $ 826.63 | - | - | - | $ 01.44 | | $ 07.23 | |
| 06-15-2020 | 347 | $1.0999 | $ 381.67 | 06-16-2020 | 347 | | $ 01.20 | $ 416.47 | - | - | - | $ 01.44 | | -$ 34.80 | -$ 34.80 |
| 06-15-2020 | 4653 | $1.0999 | $ 5,117.83 | 06-16-2020 | 4653 | | $ 01.20 | $ 5,584.07 | - | - | - | $ 01.44 | | -$ 466.23 | -$ 466.23 |
| 06-22-2020 | 5000 | $2.8300 | $ 14,150.00 | | | | | | - | 5000 | 5000 | $ 01.44 | $ 7,206.67 | $ 6,943.33 | $ 6,943.33 |
| 06-22-2020 | 3000 | $3.6900 | $ 11,070.00 | | | | | | - | 3000 | 3000 | $ 01.44 | $ 4,324.00 | $ 6,746.00 | $ 6,746.00 |
| 06-23-2020 | 2000 | $3.1100 | $ 6,220.00 | | | | | | - | 2000 | 2000 | $ 01.44 | $ 2,882.67 | $ 3,337.33 | $ 3,337.33 |
| 06-23-2020 | 1000 | $3.1030 | $ 3,103.00 | | | | | | - | 1000 | 1000 | $ 01.44 | $ 1,441.33 | $ 1,661.67 | $ 1,661.67 |
| Total: | 25,000.00 | | $ 50,083.93 | | 14,000.00 | | | $ 16,081.43 | | 11,000.00 | 11,000.00 | | $ 15,854.67 | $ 18,147.82 | $ 18,098.40 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrrective disclosure(s) matched to intra-class period purchases.