**BLOCK & LEVITON LLP**

*Source:* Block & Leviton LLP

*June 28, 2020 23:45 ET*

# LAWSUIT FILED: Block & Leviton LLP Announces that it Filed a Lawsuit Against Ideanomics, Inc. for Securities Fraud; Investors Who Lost Money Should Contact the Firm

BOSTON, June 28, 2020 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockesq.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against Ideanomics, Inc. (NASDAQ: IDEX) and certain of its executives for securities fraud. **The lead plaintiff deadline is August 27, 2020**. Investors who purchased Ideanomics shares between March 20, 2020 and June 25, 2020 and who lost money are encouraged to contact the firm for a free case evaluation.

On June 25, 2020, analyst Hindenburg Research issued a series of tweets announcing Hindenburg's conclusion that Ideanomics, Inc. (NASDAQ: IDEX) "is an egregious & obvious fraud." Hindenburg asserted that it found evidence that Ideanomics "doctored photos in its PR to suggest it owns/operates" a facility, and that this "strikes us as a clear effort by the company to manipulate the photographs in order to drive its stock price up." Hindenburg further asserted that it had an investigator who visited Ideanomics "supposed MEG sales center," and that the "facility is actually operated by almost 100 sales groups," none of whom had "heard of [Ideanomics] or MEG." Furthermore, Hindenburg stated that it had its "investigator call five of [Ideanomics'] purported customers that are helping drive its supposed [electric vehicle] business," and that "[n]one of them were aware of Ideanomics and none were able to confirm doing business with" Ideanomics.

Also on June 25, 2020, analyst J Capital Research issued a report on Ideanomics entitled "Champion of Promotes." J Capital wrote, in part, that "Ideanomics . . . is a zero. The company changes its name and promotional story so frequently that it's hard to keep up. One thing remains a constant, despite all the press releases, buzzwords and hype: shareholders get wiped out." J Capital continued, in a tweet, that "[w]e called all the 'buyers' named in [Ideanomics'] press releases this month. Not a single one had made a purchase. One of them thanked us for alerting them to 'fake news.'"

On this announcement, Ideanomics shares fell approximately 21% in one day, down to $2.44 per share from their June 24, 2020 close of $3.09 per share. Shares continued to plummet on June 26, 2020, closing at just $1.46 per share, a drop of approximately 53%.

The lawsuit was filed in the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007. The case is captioned *Lundy v. Ideanomics, Inc., et al.*, No 1:20-cv-4944 (S.D.N.Y.), and has not yet been assigned to a judge.

If you purchased or acquired shares of Ideanomics and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockesq.com, or at https://shareholder.law/idex. Ideanomics investors who purchased or otherwise acquired shares of Ideanomics common stock may, **no later than August 27, 2020**, seek to be appointed as a lead plaintiff representative of the Class.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets. The firm represents many of the nation's largest institutional investors as well as individual investors in securities litigation throughout the United States. The firm's lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:
BLOCK & LEVITON LLP
260 Franklin St., Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
Email: cases@blockesq.com
SOURCE: Block & Leviton LLP
www.blockesq.com