**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MEGAN LUNDY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY,<br><br>Defendants. | Case No. 1:20-cv-04944-GBD<br><br>CLASS ACTION |
| ANDREW KIM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY,<br><br>Defendants. | Case No. 1:20-cv-05203-GBD<br><br>CLASS ACTION |

**NOTICE OF MOTION OF MARTIN CAMAJ TO CONSOLIDATE AND FOR**
**APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on a date and time that may be set by the Court, before the Honorable George B. Daniels, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan, United States Courthouse, Courtroom 11A, 500 Pearl Street, New York, New York 10007, Martin Camaj will respectfully move this Court for entry of an Order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) consolidating the above-captioned actions; (2) appointing Mr. Camaj as Lead Plaintiff; (3) approving his selection of Block & Leviton LLP as Lead Counsel for the class; and (4) for any further relief which the Court may deem just and proper.

This Motion is made on the grounds that Mr. Camaj believes that he is "the most adequate plaintiff" under the PSLRA and should, therefore, be appointed Lead Plaintiff. Specifically, Mr. Camaj believes that he has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the significant losses he incurred on his class period transactions in Ideanomics, Inc. securities. Furthermore, Mr. Camaj satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims and because he will fairly and adequately represent the interests of the Class.

This Motion is based upon the accompanying Memorandum of Law in support thereof, the Declaration of Jeffrey C. Block filed herewith, Mr. Camaj's Certification filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Mr. Camaj respectfully requests that the Court: (1) consolidate the other related securities fraud class action lawsuit against Ideanomics, Inc. filed in this district under the above-captioned docket; (2) appoint him as Lead Plaintiff pursuant to the PSLRA; (3) approve his

selection of Block & Leviton LLP as Lead Counsel for the Class; and (4) grant any such further relief as the Court may deem just and proper.

Dated: August 27, 2020                    Respectfully submitted,

                                          */s/ Jeffrey C. Block*
                                          Jeffrey C. Block
                                          Stephen J. Teti
                                          **BLOCK & LEVITON LLP**
                                          260 Franklin St., Suite 1860
                                          Boston, MA 02110
                                          (617) 398-5600 phone
                                          (617) 507-6020 fax
                                          jeff@blockleviton.com
                                          steti@blockleviton.com

                                          *Attorneys for Mr. Camaj and*
                                          *Proposed Lead Counsel*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Jeffrey C. Block
Jeffrey C. Block