**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MEGAN LUNDY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY,<br><br>Defendants. | Case No. 1:20-cv-04944-GBD<br><br>CLASS ACTION |
| ANDREW KIM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY,<br><br>Defendants. | Case No. 1:20-cv-05203-GBD<br><br>CLASS ACTION |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF MARTIN CAMAJ'S MOTION TO CONSOLIDATE AND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL**

I, Jeffrey C. Block, declare, under penalty of perjury:

1.    I am the Managing Partner of the law firm of Block & Leviton LLP. I submit this declaration in support of the motion of Martin Camaj to consolidate cases, for appointment as lead plaintiff, and approval of his selection of counsel.

2.      Attached hereto as Exhibit A is a copy of a press release issued by Block & Leviton LLP, dated June 28, 2020, announcing the filing of a class action against the above-referenced defendants and noticing that the filing date for appointment as Lead Plaintiff is August 27, 2020.

3.      Attached hereto as Exhibit B is Mr. Camaj's PSLRA Certification.

4.      Attached hereto as Exhibit C is a chart reflecting Mr. Camaj's losses in the relevant securities.

6.      Attached hereto as Exhibit D is a true and accurate copy of the firm resume of Block & Leviton LLP, proposed Lead Counsel.

Dated: August 27, 2020                    /s/ Jeffrey C. Block
                                          Jeffrey C. Block

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Jeffrey C. Block*
Jeffrey C. Block