# EXHIBIT C

**LIFO Loss Chart Report**

| | |
|---|---|
| | Class Period Beginning: 03/20/2020 |
| Camaj (Ideanomics) | Class Period End: 06/25/2020 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Lookback Period Beginning: 06/26/2020 |
| Security: 45166V106 | Lookback Period End: 09/24/2020 |
| Class Period: March 20,2020 - June 25,2020 | Days in Lookback Period: 90 |
| Currency: USD | Lookback Period Average Closing Price: 1.42 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/24/20 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| 1A. Total | | 0.0000 | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/24/20 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| 1B. Total | | 0.0000 | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/24/20 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| 1C. Total | | 0.0000 | | | | | | | | 0.0000 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/24/20 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| 2A. Total | | 0.0000 | | 0.00 | | | 0.0000 | | 0.00 | 0.00 | 0.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/24/20 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| Purchase | 06/25/2020 | 21,789.0000 | 2.60 | 56,651.40 | Sale | 06/26/2020 | 21,789.0000 | 1.83 | 39,873.87 | 0.0000 | (16,777.53) |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/24/20 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 06/25/2020 | 3,211.0000 | 2.61 | 8,380.71 | Sale | 06/26/2020 | 3,211.0000 | 1.83 | 5,876.13 | 0.0000 | (2,504.58) |
| Purchase | 06/25/2020 | 21,789.0000 | 2.61 | 56,869.29 | Sale | 06/26/2020 | 21,789.0000 | 1.86 | 40,527.54 | 0.0000 | (16,341.75) |
| Purchase | 06/25/2020 | 3,211.0000 | 2.66 | 8,541.26 | Sale | 06/26/2020 | 3,211.0000 | 1.86 | 5,972.46 | 0.0000 | (2,568.80) |
| Purchase | 06/25/2020 | 25,000.0000 | 2.66 | 66,500.00 | Sale | 06/26/2020 | 25,000.0000 | 1.86 | 46,500.00 | 0.0000 | (20,000.00) |
| Purchase | 06/25/2020 | 25,000.0000 | 2.66 | 66,500.00 | Sale | 06/26/2020 | 25,000.0000 | 1.87 | 46,750.00 | 0.0000 | (19,750.00) |
| Purchase | 06/25/2020 | 16,789.0000 | 2.66 | 44,658.74 | Sale | 06/26/2020 | 16,789.0000 | 1.87 | 31,395.43 | 0.0000 | (13,263.31) |
| Purchase | 06/25/2020 | 15,000.0000 | 2.66 | 39,900.00 | Sale | 06/26/2020 | 15,000.0000 | 1.88 | 28,200.00 | 0.0000 | (11,700.00) |
| Purchase | 06/25/2020 | 10,000.0000 | 2.68 | 26,800.00 | Sale | 06/26/2020 | 10,000.0000 | 1.88 | 18,800.00 | 0.0000 | (8,000.00) |
| Purchase | 06/25/2020 | 15,000.0000 | 2.68 | 40,200.00 | Sale | 06/26/2020 | 15,000.0000 | 1.88 | 28,200.00 | 0.0000 | (12,000.00) |
| Purchase | 06/24/2020 | 10,000.0000 | 2.60 | 26,000.00 | Sale | 06/26/2020 | 10,000.0000 | 1.88 | 18,800.00 | 0.0000 | (7,200.00) |
| Purchase | 06/24/2020 | 25,000.0000 | 2.60 | 65,000.00 | Sale | 06/26/2020 | 25,000.0000 | 1.89 | 47,250.00 | 0.0000 | (17,750.00) |
| Purchase | 06/24/2020 | 25,000.0000 | 2.60 | 65,000.00 | Sale | 06/26/2020 | 25,000.0000 | 1.89 | 47,250.00 | 0.0000 | (17,750.00) |
| Purchase | 06/24/2020 | 25,000.0000 | 2.60 | 65,000.00 | Sale | 06/26/2020 | 25,000.0000 | 1.91 | 47,750.00 | 0.0000 | (17,250.00) |
| | | | | | | | | | | | |
| **2B. Total** | | **241,789.0000** | | **636,001.40** | | | **241,789.0000** | | **453,145.43** | **0.00** | **(182,855.97)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/24/20 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| | | | | | | | | | | | |
| **2C. Total** | | **0.0000** | | **0.00** | | | **0.000** | | **$0.00** | **0.0000** | **0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/24/20 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| Class Period Total | | 241,789.0000 | | 636,001.40 | | | 241,789.0000 | | 453,145.43 | 0.0000 | (182,855.97) |
| Grand Total | | 241,789.0000 | | 636,001.40 | | | 241,789.0000 | | 453,145.43 | 0.0000 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **(182,855.97)** |

**Loss Methodology:**
1934 Act,Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of Avg.Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.