# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MEGAN LUNDY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY,<br><br>Defendants. | Civil Action No. 1:20-cv-04944-GBD<br><br>CLASS ACTION |
| ANDREW KIM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY,<br><br>Defendants. | Civil Action No. 1:20-cv-05203-GBD<br><br>CLASS ACTION |

**NOTICE OF MOTION OF AVRAHAM BITRAN FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

PLEASE TAKE NOTICE that on a date and time that may be set by the Court, before the Honorable George B. Daniels, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 11A, New York, New York 10007, Avraham Bitran ("Bitran"), by and through his undersigned counsel, will respectfully move this Court for an entry of an order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"):  (1) appointing Bitran as Lead Plaintiff in the above-captioned securities class actions; (2) approving his selection of Bleichmar Fonti & Auld LLP ("BFA") as Lead Counsel for the Class; (3) consolidating all related securities class actions; and (4) for any such further relief as the Court may deem just and proper.

This motion is made on the grounds that Bitran believes that he is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff.  Specifically, Bitran believes he has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the $93,229.12 in losses as calculated on a first-in, first-out ("FIFO") basis and a last-in, first-out ("LIFO") basis that he incurred on his investments in Ideanomics, Inc. securities.  Bitran also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims and because he will fairly and adequately represent the interests of the Class.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Javier Bleichmar filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Bitran respectfully requests that the Court: (1) appoint him as Lead Plaintiff pursuant to the PSLRA; (2) approve his selection of BFA as Lead Counsel for the Class; (3)

consolidate all related securities class actions; and (4) grant any such further relief as the Court may deem just and proper.

Dated:  August 27, 2020

Respectfully Submitted,

**BLEICHMAR FONTI & AULD LLP**

/s/ Javier Bleichmar
Javier Bleichmar
Ross Shikowitz
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile:  (212) 205-3960
jbleichmar@bfalaw.com
rshikowitz@bfalaw.com

*Counsel for Proposed Lead Plaintiff
Avraham Bitran, and Proposed Lead
Counsel for the Class*

**OF COUNSEL**

John A. Kehoe

Michael K. Yarnoff
**KEHOE LAW FIRM, P.C.**
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102
Telephone: (215) 792-6676
Facsimile: (510) 350-9701
jkehoe@kehoelawfirm.com
myarnoff@kehoelawfirm.com

*Additional Counsel for Proposed Lead
Plaintiff Avraham Bitran*