**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MEGAN LUNDY, individually and on behalf of all others similarly situated, | Case No. 1:20-cv-04944-GBD-OTW |
| Plaintiff, | |
| v. | |
| IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY, | |
| Defendants. | |
| | |
| ANDREW KIM, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:20-cv-05203-GBD-OTW |
| Plaintiff, | |
| v. | |
| IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY, | |
| Defendants. | |

**SUPPLEMENTAL DECLARATION OF NAUMON A. AMJED IN FURTHER SUPPORT OF THE MOTION OF RENE AGHAJANIAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL, AND IN OPPOSITION TO COMPETING MOVANTS**

I, Naumon A. Amjed, declare as follows:

1.      I am a member in good standing of the State Bar of New York and am admitted to practice before this Court.  I am a partner at the law firm of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz").  I submit this supplemental declaration in further support of the motion filed by Rene Aghajanian ("Mr. Aghajanian") for consolidation of the above-captioned related actions pursuant to Federal Rule of Civil Procedure 42(a), appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and approval of his selection of Kessler Topaz as Lead Counsel for the class.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      *10:04 EDT Ideanomics called 'a zero' by short-seller J Capital Research*, TheFlyOnTheWall.com, published by *NewsRoom* on June 25, 2020;

Exhibit B:      Tweet by J Capital Research, June 25, 2020, 10:04 AM;

Exhibit C:      Tweets by Hindenburg Research, beginning June 25, 2020, 11:00 AM; and

Exhibit D:      E-mail from Ryan Degnan, Counsel for Mr. Aghajanian, to Reed Kathrein, Counsel for Gary Sons (Sept. 9, 2020, 1:16 PM).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of September 2020.

*S/ Naumon A. Amjed*
Naumon A. Amjed

1