# EXHIBIT A

**News**Room

6/25/20 TheFlyOnTheWall.com 10:04:50

TheFlyOnTheWall.com
Copyright (c) 2020 Comtex News Network, Inc. All Rights Reserved.

June 25, 2020

## 10:04 EDT Ideanomics called 'a zero' by short-seller J Capital Research

Jun 25, 2020 (The Fly via COMTEX News Network) --

In a newly published short report, J Capital Research's Anne Stevenson-Yang calls Ideanomics "a zero" and a company that "changes its name and promotional story so frequently that it's hard to keep up." Staff from four of five organizations mentioned in the company's most recent five press releases around electric vehicle group sales "vehemently denied doing any deal" with Ideanomics, according to J Capital's report. [Reference Link]:{https://www.jcapitalresearch.com/uploads/2/0/0/3/20032477/2020_06_25_idex.pdf}|

---- Index References ----

News Subject: (Business Management (1BU42); Corporate Events (1CR05); Corporate Name & Identity Changes (1CR73))

Language: EN

Other Indexing: (Anne Stevenson-Yang)

Keywords: (capital); (research)

Word Count: 85

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room