# EXHIBIT B

**J Capital**
@JCap_Research

We've just published a report on $IDEX. We think it's a zero. jcapitalresearch.com

10:04 AM · Jun 25, 2020 · Twitter Web App