# EXHIBIT C



**Hindenburg Research**
@HindenburgRes

We are short $IDEX and believe it is heading near its March lows of $0.30 if it somehow avoids a regulatory halt that could see its shares go lower.

$IDEX has a history of changing biz models and pumping - then dumping - each new endeavor. Its move into EVs will be no different

11:00 AM · Jun 25, 2020 · Twitter Web App

**54** Retweets   **70** Quote Tweets   **260** Likes

**Hindenburg Research** @HindenburgRes · Jun 25
Replying to @HindenburgRes
Since 2015, $IDEX has had 6 CEOs, 6 CFOs, four different company names, and has had 10 board members leave.



9    11    51



**Hindenburg Research** @HindenburgRes · Jun 25

We think $IDEX is an egregious & obvious fraud and investors need to look no further than the company's June 9 press release. The company touts the launch of its MEG EV sales center and includes a photo that bears a "2020" timestamp.

prnewswire.com/news-releases/...



Upon closer examination of the photograph, which bears a "© 2020 Ideanomics" stamp in the bottom left corner of it, it appears to very clearly be a photograph that we were able to trace back to a 2018 Qingdao News property listing describing the property. When you mouse over the photo in the PR, it lists a date of May 2020.

○ 5          ⟲ 2          ♡ 30          ⬆

**Hindenburg Research** @HindenburgRes · Jun 25

We found a photo displaying the exact same cars and exact same layout from 2018, years before the supposed soft launch of $IDEX's MEG center in 2020.

house.qingdaonews.com/xinloupan/show...



○ 10          ⟲ 6          ♡ 32          ⬆



**Hindenburg Research** @HindenburgRes · Jun 25

The vehicles shown in the $IDEX 2020 PR are the same, and in the same order, as the photo from the 2018 pictures.

The 2020 photo appears to show the exact same content from a slightly different angle.

prnewswire.com/news-releases/...



 20       19       52



**Hindenburg Research** @HindenburgRes · Jun 25

In $IDEX's PR, the "MEG" logo on the red arch has been photoshopped to replace the original Mandarin.

The MEG letters form a straight line despite the logo supposedly on a curved surface.

To repeat, the company doctored photos in its PR to suggest it owns/operates the facility



 8      8       50



**Hindenburg Research** @HindenburgRes · Jun 25

In another PR, we see the exact same signs of photoshopping that impose $IDEX's flat MEG logo on a curved surface.

This strikes us as a clear effort by the company to manipulate the photographs in order to drive its stock price up.



Ideanomics' MEG EV Center in Qingdao Opens for O...
Ideanomics (NASDAQ: IDEX) ("Ideanomics" or the "Company"), Mobile Energy Global (MEG) division is ...
🔗 investors.ideanomics.com

 6       2       19



**Hindenburg Research** @HindenburgRes · Jun 25

Our investigator visited $IDEX's supposed MEG sales center. Pic from this week.

The facility is actually operated by almost 100 sales groups. None of those we spoke with heard of $IDEX or MEG.

We spoke to the main office (in a recorded conversation) and they confirmed the same.



 31       16       46



**Hindenburg Research** @HindenburgRes · Jun 25

We had our investigator call five of $IDEX's purported customers that are helping drive its supposed EV business.

None of them were aware of Ideanomics and none were able to confirm doing business with $IDEX.

| Company name | Contact number | Feedback |
|---|---|---|
| Beijing Silk Road Rainbow Group 北京丝路彩虹汽车租赁集团有限公司 (Beijing SRR Group) | +86-10-86099022[1] | The man who picked up said their company is not Beijing SRR Group, and I was not the first one to call and ask about Beijing SRR Group. |
| Zhejiang CEMI Group Co., Ltd 浙江秦欧控股集团有限公司 ("Zhejiang CEMI") in Suzhou 苏州. The company's website says it develops technical solutions for electric vehicle manufacturers | +86-512-68837088[2] | A woman picked up, when I asked is this Zhengjiang CEMI, she immediately hung up. I called again, the same happened. I called a third time, the phone number was disconnected.

Corporate records research found that Zhejiang CEMI was only set up in March 2020, three months ago. |
| PetroChina Company Limited 中国石油天然气股份有限公司 ("PetroChina") | +86-10-59984538[3] | A woman picked up, seems to be a receptionist and she was not aware of Ideanomics.

It is a large company so it is possible she just wasn't familiar with the company |

◯ 21          ⟲ 15          ♡ 55          ⬆



**Hindenburg Research** @HindenburgRes · Jun 25

We have watched $IDEX's stock pump and dump on a neverending stream of press releases over the last 5 years and we expect this time will be no different, resulting in major shareholder losses or regulatory intervention.

Buyer beware.

◯ 32          ⟲ 14          ♡ 71          ⬆