# **EXHIBIT D**

# Ryan Degnan

| | |
|---|---|
| **From:** | Ryan Degnan |
| **Sent:** | Wednesday, September 09, 2020 1:16 PM |
| **To:** | 'reed@hbsslaw.com'; 'lucasg@hbsslaw.com'; 'danielles@hbsslaw.com'; 'steve@hbsslaw.com'; 'jasonz@hbsslaw.com' |
| **Cc:** | Naumon Amjed; Karissa Sauder |
| **Subject:** | Lundy v. Ideanomics, Inc., No. 1:20-cv-04944 (S.D.N.Y.) |

Reed,

We write on behalf of lead plaintiff movant Rene Aghajanian in *Lundy v. Ideanomics, Inc.*, No. 1:20-cv-04944 (S.D.N.Y.).  In order to assess the adequacy of your client, Gary Sons, and to potentially narrow the issues for the Court, we respectfully request that you provide confirmation as to the time each of your client's purported purchases of Ideanomics common stock were executed on June 25, 2020.  Given the deadline for opposition briefs, we request that this information be provided to us by 11:00 am EDT tomorrow, September 10, 2020.

Best Regards,

Ryan Degnan


Ryan T. Degnan, Esquire
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Rd.
Radnor, PA 19087
Office: (610) 667-7706
Cell: (267) 664-7887
Direct Dial: (610) 822-2218
Email: rdegnan@ktmc.com
Website: http://www.ktmc.com

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT The information in this transmittal may include privileged and confidential material and is intended for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal