**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MEGAN LUNDY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY,<br><br>Defendants. | Civil Action No. 1:20-cv-04944-GBD<br><br>CLASS ACTION |
| ANDREW KIM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY,<br><br>Defendants. | Civil Action No. 1:20-cv-05203-GBD<br><br>CLASS ACTION |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF AVRAHAM BITRAN FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND FOR CONSOLIDATION, AND IN OPPOSITION TO THE COMPETING MOTIONS**

I, Javier Bleichmar, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld, LLP.  I submit this declaration in support of the Memorandum of Law in Further Support of the Motion filed by Avraham Bitran ("Bitran") for: (1) appointment as Lead Plaintiff; (2) approval of his selection of Bleichmar Fonti & Auld LLP ("BFA") to serve as Lead Counsel for the Class; (3) consolidation of all related securities class actions; (4) any such further relief as the Court may deem just and proper; and (5) in opposition to the competing motions.

2.      Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:     Corrected financial interest analysis for Gary Sons, prepared by counsel for Bitran;

EXHIBIT B:     Corrected financial interest analysis for Rene Aghajanian, prepared by counsel for Bitran;

EXHIBIT C:     Financial interest analysis isolating Gary Sons's transposition of the first-in, first-out, and last-in, first-out accounting methodologies, prepared by counsel for Bitran;

EXHIBIT D:     Comparison of 90-day lookback periods beginning on June 25, 2020 and June 26, 2020, prepared by counsel for Bitran; and

EXHIBIT E:     Financial interest analysis isolating the impact of Gary Sons's utilization of the incorrect "mean trading price," prepared by counsel for Bitran.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of September 2020.

_/s/ Javier Bleichmar_____
Javier Bleichmar