# EXHIBIT C

Financial Interest Analysis Isolating Gary Sons's Transposition of the First-In, First-Out, and Last-In, First-Out Accounting Methodologies
Class Period: March 20, 2020 - June 25, 2020

**FIFO - Ideanomics, Inc.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 3/20/2020 | 0.00 | | |
| Purchase | 6/25/2020 | 700.00 | $2.6300 | ($1,841.00) |
| Purchase | 6/25/2020 | 2,360.00 | $2.6250 | ($6,195.00) |
| Purchase | 6/25/2020 | 121,780.00 | $2.6600 | ($323,934.80) |
| Purchase | 6/25/2020 | 137,473.00 | $2.6500 | ($364,303.45) |
| Purchase | 6/25/2020 | 100.00 | $2.6450 | ($264.50) |
| Purchase | 6/25/2020 | 37,587.00 | $2.6700 | ($100,357.29) |
| Purchase | 6/25/2020 | 50,000.00 | $2.6900 | ($134,500.00) |
| *Total Class Period Purchases* | | 350,000.00 | | ($931,396.04) |
| *Class Period Sales Matching to Class Period Purchases* | | 0.00 | | $0.00 |
| Sale [1] | 7/2/2020 | -9,845.00 | $1.7600 | $17,327.20 |
| Sale [1] | 7/2/2020 | -39,351.00 | $1.7600 | $69,257.76 |
| Sale [1] | 7/2/2020 | -300,804.00 | $1.7600 | $529,415.04 |
| *Post-Class Period Sales Matching to Class Period Purchases* | | -350,000.00 | | $616,000.00 |
| Retained Shares [2] | | 0.00 | $1.4189 | $0.00 |

**FIFO: ($315,396.04)**

**LIFO - Ideanomics, Inc.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 3/20/2020 | 0.00 | | |
| Purchase | 6/25/2020 | 700.00 | $2.6300 | ($1,841.00) |
| Purchase | 6/25/2020 | 2,360.00 | $2.6250 | ($6,195.00) |
| Purchase | 6/25/2020 | 121,780.00 | $2.6600 | ($323,934.80) |
| Purchase | 6/25/2020 | 137,473.00 | $2.6500 | ($364,303.45) |
| Purchase | 6/25/2020 | 100.00 | $2.6450 | ($264.50) |
| Purchase | 6/25/2020 | 37,587.00 | $2.6700 | ($100,357.29) |
| Purchase | 6/25/2020 | 50,000.00 | $2.6900 | ($134,500.00) |
| *Total Class Period Purchases* | | 350,000.00 | | ($931,396.04) |
| *Class Period Sales Matching to Class Period Purchases* | | 0.00 | | $0.00 |
| Sale [1] | 7/7/2020 | -5,000.00 | $1.6400 | $8,200.00 |
| Sale [1] | 7/7/2020 | -16,000.00 | $1.6400 | $26,240.00 |
| Sale [1] | 7/7/2020 | -2,300.00 | $1.6400 | $3,772.00 |
| Sale [1] | 7/7/2020 | -500.00 | $1.6400 | $820.00 |
| Sale [1] | 7/7/2020 | -205,401.00 | $1.6400 | $336,857.64 |
| Sale [1] | 7/7/2020 | -120,799.00 | $1.6400 | $198,110.36 |
| *Post-Class Period Sales Matching to Class Period Purchases* | | -350,000.00 | | $574,000.00 |
| Retained Shares [2] | | 0.00 | $1.4189 | $0.00 |

**LIFO: ($357,396.04)**

[1] *Post-Class Period sales are valued at the maximum of the actual sale price and the average price on the date of sale.*

[2] *Shares retained at the end of the Class Period are valued at the average price from June 26, 2020 to August 27, 2020.*