# EXHIBIT E

Financial Interest Analysis Isolating the Impact of Gary Sons's Utilization of the Incorrect Mean Trading Price
Class Period: March 20, 2020 - June 25, 2020

"FIFO" - Ideanomics, Inc.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 3/20/2020 | 0.00 | | |
| Purchase | 6/25/2020 | 700.00 | $2.6300 | ($1,841.00) |
| Purchase | 6/25/2020 | 2,360.00 | $2.6250 | ($6,195.00) |
| Purchase | 6/25/2020 | 121,780.00 | $2.6600 | ($323,934.80) |
| Purchase | 6/25/2020 | 137,473.00 | $2.6500 | ($364,303.45) |
| Purchase | 6/25/2020 | 100.00 | $2.6450 | ($264.50) |
| Purchase | 6/25/2020 | 37,587.00 | $2.6700 | ($100,357.29) |
| Purchase | 6/25/2020 | 50,000.00 | $2.6900 | ($134,500.00) |
| Total Class Period Purchases | | 350,000.00 | | ($931,396.04) |
| Class Period Sales Matching to Class Period Purchases | | 0.00 | | $0.00 |
| Sale [1] | 7/7/2020 | -5,000.00 | $1.7425 | $8,712.50 |
| Sale [1] | 7/7/2020 | -16,000.00 | $1.7425 | $27,880.00 |
| Sale [1] | 7/7/2020 | -2,300.00 | $1.7425 | $4,007.75 |
| Sale [1] | 7/7/2020 | -500.00 | $1.7425 | $871.25 |
| Sale [1] | 7/7/2020 | -205,401.00 | $1.7425 | $357,911.24 |
| Sale [1] | 7/7/2020 | -120,799.00 | $1.7425 | $210,492.26 |
| Post-Class Period Sales Matching to Class Period Purchases | | -350,000.00 | | $609,875.00 |
| Retained Shares [2] | | 0.00 | $1.4416 | $0.00 |

"FIFO":  ($321,521.04)

"LIFO" - Ideanomics, Inc.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 3/20/2020 | 0.00 | | |
| Purchase | 6/25/2020 | 700.00 | $2.6300 | ($1,841.00) |
| Purchase | 6/25/2020 | 2,360.00 | $2.6250 | ($6,195.00) |
| Purchase | 6/25/2020 | 121,780.00 | $2.6600 | ($323,934.80) |
| Purchase | 6/25/2020 | 137,473.00 | $2.6500 | ($364,303.45) |
| Purchase | 6/25/2020 | 100.00 | $2.6450 | ($264.50) |
| Purchase | 6/25/2020 | 37,587.00 | $2.6700 | ($100,357.29) |
| Purchase | 6/25/2020 | 50,000.00 | $2.6900 | ($134,500.00) |
| Total Class Period Purchases | | 350,000.00 | | ($931,396.04) |
| Class Period Sales Matching to Class Period Purchases | | 0.00 | | $0.00 |
| Sale [1] | 7/2/2020 | -9,845.00 | $1.8767 | $18,475.78 |
| Sale [1] | 7/2/2020 | -39,351.00 | $1.8767 | $73,848.71 |
| Sale [1] | 7/2/2020 | -300,804.00 | $1.8767 | $564,508.84 |
| Post-Class Period Sales Matching to Class Period Purchases | | -350,000.00 | | $656,833.33 |
| Retained Shares [2] | | 0.00 | $1.4416 | $0.00 |

"LIFO":  ($274,562.71)

[1] Post-Class Period sales are valued at the maximum of the actual sale price and the average price on the date of sale.

[2] Shares retained at the end of the Class Period are valued at the average price from June 25, 2020 to August 27, 2020.