UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGAN LUNDY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY,<br><br>Defendants. | Case No. 1:20-cv-04944-GBD<br><br>CLASS ACTION |
| ANDREW KIM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY,<br><br>Defendants. | Case No. 1:20-cv-05203-GBD<br><br>CLASS ACTION |

**DECLARATION OF LUCAS E. GILMORE IN FURTHER SUPPORT OF MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT GARY SONS AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL**

- 1 -

I, Lucas E. Gilmore, declare as follows:

1.       I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Gary Sons ("Mr. Sons" or "Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.       Attached are true and correct copies of the following exhibits:

Exhibit A:     Kessler Topaz Meltzer & Check, LLP's Press Release (8/17/2020) and Kehoe Law Firm, P.C.'s Press Release (6/26/2020).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of September, at San Diego, California.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

- 1 -