# Exhibit A

# Kessler Topaz Meltzer & Check, LLP Reminds Investors of Securities Fraud Class Action Lawsuit Filed Against Ideanomics, Inc. - IDEX



NEWS PROVIDED BY
**Kessler Topaz Meltzer & Check, LLP →**
Aug 17, 2020, 17:13 ET

RADNOR, Pa., Aug. 17, 2020 /PRNewswire/ -- The law firm of Kessler Topaz Meltzer & Check, LLP alerts investors that a securities fraud class action lawsuit has been filed against Ideanomics, Inc. (NASDAQ:  IDEX) ("Ideanomics") on behalf of those who purchased or otherwise acquired Ideanomics common stock **between March 20, 2020 and June 25, 2020**, inclusive (the "Class Period").

***Investors who purchased or otherwise acquired Ideanomics common stock during the Class Period may, <u>no later than August 27, 2020</u>, seek to be appointed as a lead plaintiff representative of the class. For additional information or to learn how to participate in this litigation please click*** https://www.ktmc.com/ideanomics-inc-class-action?utm_source=PR&utm_medium=link&utm_campaign=ideanomics***.***

According to the complaint, Ideanomics is a global company focused on facilitating the adoption of commercial electric vehicles ("EV") and developing next generation financial services and Fintech products.

The Class Period commences on March 20, 2020, when Ideanomics issued a press release in which it announced "that the Qingdao-MEG Sales Center, branded as Mobile Energy Group Center, is scheduled to start sales operations by May 1."  Throughout the Class Period, Ideanomics continued to laud its EV expo center, claiming the MEG Center is "the largest auto trading market in Qingdao," China.  However, the truth was eventually revealed.

According to the complaint, on June 25, 2020, analyst Hindenburg Research issued a series of tweets in which it called Ideanomics "an egregious & obvious fraud." Hindenburg asserted that it found evidence that Ideanomics had doctored photos for use in its press releases to suggest that it owns or operates a vehicle sales center in Qingdao, China, when it in fact does not. Hindenburg further asserted that it had an investigator go to Ideanomics' purported MEG Center in Qingdao, China, where the investigator was unable to find any trace of Ideanomics or its purported MEG Center.  Also, on June 25, 2020, analyst J Capital Research issued a report on Ideanomics entitled "Champion of Promotes". J Capital Research wrote, in part, that "Ideanomics . . . is a zero. The company changes its name and promotional story so frequently that it's hard to keep up. One thing remains a constant, despite all the press releases, buzzwords and hype: shareholders get wiped out." J Capital Research continued, in a tweet, that "[w]e called all the 'buyers' named in [Ideanomics'] press releases this month. Not a single one had made a purchase. One of them thanked us for alerting them to 'fake news.'"  Following this news, Ideanomics' stock price fell from its June 24, 2020 close of $3.09 to a June 25, 2020 close of $2.44 per share, a one day drop of $0.65 or approximately 21%.

Then, on June 26, 2020, Ideanomics issued a press release in which it sought to "clarify the status" of its purported EV hub in Qingdao, China. In this release, Ideanomics walked back certain of its prior statements regarding the MEG Center in Qingdao, stating that it was launching three phases of its MEG Center that will eventually total one million square feet. The first phase, according to Ideanomics, occupies only 215,000 square feet.  Following this news, the stock price continued to fall on June 26, 2020, dropping to a close of $1.46 per share. This represents a two day drop of approximately 53%.

The complaint alleges that throughout the Class Period, the defendants made false and/or misleading statements and/or failed to disclose that: (i) Ideanomics' MEG Center in Qingdao was not "a one million square foot EV expo center"; (ii) Ideanomics had been using doctored or

altered photographs of the purported MEG Center in Qingdao; (iii) Ideanomics' EV business in China was not performing nearly as strong as Ideanomics had represented; and (iv) as a result, Ideanomics' public statements were materially false and misleading at all relevant times.

Ideanomics investors who wish to discuss this securities fraud class action lawsuit and their legal options are encouraged to contact Kessler Topaz Meltzer & Check, LLP (James Maro, Jr., Esq. or Adrienne Bell, Esq.) at (844) 877-9500 (toll free) or at info@ktmc.com.

Ideanomics investors may, **_no later than August 27, 2020_**, seek to be appointed as a lead plaintiff representative of the class through Kessler Topaz Meltzer & Check, or other counsel, or may choose to do nothing and remain an absent class member.  A lead plaintiff is a representative party who acts on behalf of all class members in directing the litigation.  In order to be appointed as a lead plaintiff, the Court must determine that the class member's claim is typical of the claims of other class members, and that the class member will adequately represent the class.  Your ability to share in any recovery is not affected by the decision of whether or not to serve as a lead plaintiff.

Kessler Topaz Meltzer & Check prosecutes class actions in state and federal courts throughout the country involving securities fraud, breaches of fiduciary duties and other violations of state and federal law. Kessler Topaz Meltzer & Check is a driving force behind corporate governance reform, and has recovered billions of dollars on behalf of institutional and individual investors from the United States and around the world.  The firm represents investors, consumers and whistleblowers (private citizens who report fraudulent practices against the government and share in the recovery of government dollars).  The complaint in this action was not filed by Kessler Topaz Meltzer & Check. For more information about Kessler Topaz Meltzer & Check, please visit www.ktmc.com.

CONTACT:

Kessler Topaz Meltzer & Check, LLP
James Maro, Jr., Esq.
Adrienne Bell, Esq.
280 King of Prussia Road
Radnor, PA 19087

(844) 877-9500 (toll free)

(610) 667-7706

info@ktmc.com

SOURCE Kessler Topaz Meltzer & Check, LLP

Related Links

http://www.ktmc.com

/

Case 1:20-cv-04944-GBD   Document 54-2   Filed 09/17/20   Page 6 of 7



*Source:* Kehoe Law Firm

*June 26, 2020 13:59 ET*

# Ideanomics, Inc. Investors Who Have Suffered Losses Greater Than $50,000 Encouraged To Contact Kehoe Law Firm, P.C.

PHILADELPHIA, June 26, 2020 (GLOBE NEWSWIRE) -- Kehoe Law Firm, P.C. is investigating potential securities claims on behalf of investors of Ideanomics, Inc. ("Ideanomics" or the "Company") (NASDAQ: IDEX) to determine whether Ideanomics engaged in securities fraud or other unlawful business practices.

On June 25, 2020, SeekingAlpha reported ("Ideanomics sinks as Hindenburg says it's short") that "Ideanomics . . .  falls 13.6% to $2.67 after Hindenburg Research says it's short and sees shares heading towards the March lows of $0.30." According to SeekingAlpha, "[t]he short seller accuses Ideanomics of doctoring vehicle photos in press releases to suggest that it owned or operated the facility, which is actually operated by almost 100 unrelated sales groups."

**On this news, Ideanomics stock price fell approximately 21% in a day, down to $2.44 per share from the Company's June 24, 2020 close of $3.09 per share. During intraday trading on June 26, 2020, shares of Ideanomics were down over 40%, trading at $1.20 per share.**

**Ideanomics investors who purchased, or otherwise acquired, the Company's common stock and suffered losses greater than $50,000 are encouraged to complete Kehoe Law Firm's Securities Class Action Questionnaire or contact Kevin Cauley, Director, Business Development, (215) 792-6676, Ext. 802, securities@kehoelawfirm.com,  to discuss the securities investigation or potential legal claims.**

Kehoe Law Firm, P.C., with offices in New York and Philadelphia, is a multidisciplinary, plaintiff–side law firm dedicated to protecting investors from securities fraud, breaches of fiduciary duties, and corporate misconduct.  Combined, the partners at Kehoe Law Firm have served as Lead Counsel or Co-Lead Counsel in cases that have recovered more than $10 billion on behalf of institutional and individual investors.

This press release may constitute attorney advertising.

Case 1:20-cv-04944-GBD Document 54-2 Filed 09/17/20 Page 7 of 7