**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MEGAN LUNDY, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY,<br><br>                              Defendants. | Case No. 1:20-cv-04944-GBD-OTW |
| ANDREW KIM, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY,<br><br>                              Defendants. | Case No. 1:20-cv-05203-GBD-OTW |

**REPLY DECLARATION OF NAUMON A. AMJED**

I, Naumon A. Amjed, declare as follows:

1.    I am a member in good standing of the State Bar of New York and am admitted to practice before this Court.  I am a partner at the law firm of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz").  I submit this reply declaration in further support of the motion filed by Rene Aghajanian ("Mr. Aghajanian") for consolidation of the above-captioned related actions pursuant to Federal Rule of Civil Procedure 42(a), appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and approval of his selection of Kessler Topaz as Lead Counsel for the class.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Declaration of Kenneth N. Kotz;

Exhibit B:    Chart correcting Avraham Bitran's losses pursuant to the PSLRA's 90-day damages limitation starting on June 26, 2020;

Exhibit C:    Chart of mean trading prices for the 90-day periods starting on June 25, 2020, and June 26, 2020;

Exhibit D:    *Jaffe Pension Plan v. Household Int'l, Inc.*, No. 02-C-5893 (N.D. Ill. May 28, 2009), ECF No. 1623;

Exhibit E:    *Jaffe Pension Plan v. Household Int'l, Inc.*, No. 02-C-5893 (N.D. Ill. May 28, 2009), ECF No. 1622; and

Exhibit F:    Catherine J. Galley, *et al.*, *Limiting Rule 10-b5 Damages Claims*, Cornerstone Research, 2014.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of September 2020.

*S/ Naumon A. Amjed*
Naumon A. Amjed

1