# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGAN LUNDY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY,<br><br>Defendants. | Case No. 1:20-cv-04944-GBD-OTW |
| ANDREW KIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY,<br><br>Defendants. | Case No. 1:20-cv-05203-GBD-OTW |

**DECLARATION OF KENNETH N. KOTZ**

I, Kenneth N. Kotz, declare as follows:

1.    I have been retained by Kessler Topaz Meltzer & Check, LLP ("Counsel") to opine on what I consider to be the relevant starting date of the "look-back"/"bounce-back" damages limitation provision of the Private Securities Litigation Reform Act of 1995 ("PSLRA") at the current stage in this matter.[1]

2.    Specifically, I have been asked to assume that: (i) the proposed Class Period for this matter ends on June 25, 2020; (ii) that alleged corrective information was disclosed to the market by research analysts on June 25, 2020, causing Ideanomics' stock price to decline on June 25, 2020; and (iii) further alleged corrective information was disclosed by Ideanomics and research analysts on June 26, 2020, causing Ideanomics' stock price to decline on June 26, 2020.[2]  I provide my opinion below, followed by my qualifications, compensation, and materials reviewed.

### APPLICATON OF THE PSLRA

3.    The PSLRA states in regard to its limitation on damages:

> Except as provided in paragraph (2), in any private action arising under this chapter in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which

---

[1] The provision is contained in 15 USC 78u-4(e).

[2] Counsel has provided me with the Memorandum of Law in Support of the Motion of Avraham Bitran for Appointment as Lead Plaintiff, Approval of His Selection of Lead Counsel, and Consolidation of Related Actions, Dkt 33, filed August 27, 2020 ("Bitran August 27, 2020 Memorandum").  The alleged corrective disclosures and associated stock price declines are described at pp. 4-7 of this filing.

the information correcting the misstatement or omission that is the basis for the action is disseminated to the market.[3]

4.      As indicated in the citation above, the PSLRA adds an exception for shares transacted within the 90-day period to limit damages to the difference between the purchase/sale price of the initiating transaction and the mean average price through the date of the closing transaction.[4]  The statute defines the "mean trading price" as the average of the closing market prices.[5]

5.      In applying the PSLRA damages limitation for calculating damages, which I have implemented throughout my over 20-year employment at Forensic Economics, Inc., my general practice has been to begin the calculation of the mean trading price starting at the closing price that prevails after the final corrective disclosure.[6]

---

[3] 15 USC 78u-4(e)(1).

[4] 15 USC 78u-4(e)(2).

[5] 15 USC 78u-4(e)(3).

[6] This method has been used in certain court cases and is discussed in a white paper written by consultants from Cornerstone Research and attorneys from Goodwin Procter LLP: "Under the 90-day rule, a form on nominal loss cap is clearly applicable to retention damages (**associated with shares held through the final alleged corrective disclosure**)." … "In the *Vivendi* and *Household* [securities class action] verdicts, nominal loss caps were clearly applied to retention damages.  *Vivendi* was silent on whether nominal loss caps were also applied to in-and-out damages, while *Household* explicitly applied nominal loss caps only to retention damages."  C. Galley, J. Krajcer, E. McGlogan, and D. Tyukody, "Limiting Rule10-b5 Damages Claims," Cornerstone Research white paper, 2014 (p. 8, endnotes omitted, emphasis added).

Galley et al. define retention and in-and-out damages as: "Retention damages are damages for shares purchased in the class period **and held over the final corrective disclosure day**.  They are capped by the difference between an investor's purchase price for that security and the average closing price between the disclosure date and the earlier of the sale date of the security or 90 days after the disclosure date.  In-and-out damages are damages on shares bought during the class period and sold after the first corrective disclosure but before the final corrective disclosure.  The cap applied to these shares is simply the difference between the purchase and sales price."  Galley et al., p. 17 (emphasis added).

Galley et al. state regarding sales within the 90-day period: "If, on the other hand, the plaintiff sells before expiration of the 90-day period, the plaintiff's damages are limited to the difference between the purchase price and the mean trading price between **the final alleged**

2

6.      Here, there is alleged corrective information released on both June 25 and June 26, 2020. The final allegedly corrective information was, as summarized in the Bitran August 27, 2020 Memorandum (pp. 4-7), released on June 26, 2020, prior to the market close that day. Therefore, the closing market price after all the allegedly corrective information was disclosed would, based on the summary of alleged corrective information and associated price movements in the Bitran August 27, 2020 Memorandum, appropriately be the closing price as of June 26, 2020, and for an analysis of damages I would begin the PSLRA 90-day period with the June 26, 2020 closing price. For investors selling within the 90-day period, their damages would be limited by their purchase price less the mean price starting on June 26, 2020 through the date of sale. For example, if an investor sold on June 26, 2020, the first day of the 90-day look-back period, such investor's damages would be limited to her purchase price less $1.46 per share (the closing price on June 26, 2020 per the Bitran August 27, 2020 Memorandum). For investors still holding as of the end of the 90-day period, their damages would be limited to their purchase price less the mean closing price for the 90-day period beginning on June 26, 2020.

## QUALIFICATIONS, COMPENSATION, AND MATERIALS REVIEWED

7.      I am a Vice President of Forensic Economics, located in Rochester, New York. I have been employed by Forensic Economics since 1999. I have consulted on issues pertaining to financial valuations, financial-economic analysis, the analysis of stock price reactions to public information in securities fraud lawsuits, and damages in securities class actions during this time. Forensic Economics has been retained by both plaintiffs and defendants in such securities cases.

---

**corrective disclosure date** and the date on which the plaintiff sells the security." Galley et al., p. 8 (emphasis added, endnote omitted).

3

8.      I hold an M.S. in Applied Economics (1999) from the University of Rochester's William E. Simon Graduate School of Business Administration.  I hold an M.B.A. in Finance (1996) from the Loyola University Chicago Graduate School of Business, where I also received an Outstanding Student award.  I have co-taught a corporate finance class and served as a teaching assistant at the University of Rochester.  I have also served as a research assistant to the finance faculty of the Loyola University Chicago Graduate School of Business.  I was awarded the CFA® Charter and the right to use the Chartered Financial Analyst® designation as authorized by the CFA Institute in 2006.  My resume is attached to this Declaration as Exhibit 1, which includes a listing of class action securities cases and other cases on which I have consulted.

9.      My compensation is based on the number of hours worked plus out-of-pocket expenses.  Forensic Economics is compensated at an hourly rate of $495 for my work in this matter.

10.      I have cited in the text of this Declaration specific documents and information on which I relied in my analysis.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of September 2020
at Rochester, New York

Kenneth N. Kotz

4

**Exhibit 1**                                                                    **September 2020**

### KENNETH N. KOTZ, CFA

| Business Address: | Home Address: |
|---|---|
| Forensic Economics, Inc. | 85 Coral Way |
| 95 Allens Creek Road | Rochester, New York 14618 |
| Building 2, Suite 303 | (585) 241-3230 |
| Rochester, New York 14618 | |
| (585) 385-7440 | |
| (585) 385-7441 FAX | |
| ken@forensiceconomics.com | |

### Employment and Education

8/99-present    **Forensic Economics, Inc.**, Rochester, NY.
Vice President (3/05-present); Senior Economist (5/00-3/05); Consultant (8/99-4/00).  Consulting in financial-economic analysis in securities litigation and business disputes.

6/96-12/99    **M.S. in Applied Economics, Finance and Accounting**, William E. Simon Graduate School of Business Administration, University of Rochester, Rochester, NY.

9/97-12/99    **William E. Simon Graduate School of Business Administration, University of Rochester**, Rochester, NY.
Instructor and Teaching Assistant.

1994-1996    **M.B.A., Finance**, Loyola University Chicago, Chicago, IL.

1994-1996    **Loyola University Chicago**, Chicago, IL.
Research Assistant, Finance Department.

1995-1996    **Financial and Economics Strategies Corporation**, Chicago IL.
Research Assistant.

1991-1994    **Midwest European Publications, Inc.**, Evanston, IL.
Assistant Manager.

1986-1989    **B.A., History**, University of Pennsylvania, Philadelphia, PA.

**Exhibit 1**                                                                 **September 2020**

## Publications

Automation versus intermediation: Evidence from treasuries going off the run (with M. Barclay and T. Hendershott), *The Journal of Finance*, vol. 61 no. 5, October 2006, 2395-2414.

## Working Papers

Stock price effects of changes in the accounting procedure set, October 1999.

IPO underpricing, information asymmetry, and dividend policy, June 1999.

Determinants of payout policy choice: Stock repurchases versus dividend initiations, October 1998.

The stock price reaction to shareholder proposals, June 1998.

The investment opportunity set and the stock price reaction to dividend changes, January 1998.

## Awards

Awarded the CFA® Charter and the right to use the Chartered Financial Analyst (CFA)® designation as authorized by the CFA Institute (2006).

Fellowship, William E. Simon Graduate School of Business Administration, University of Rochester (1996-1999).

Outstanding Student Award, Loyola University Chicago (1996).

Phi Beta Kappa, Loyola University Chicago (1996).

Graduate Scholarship, Loyola University Chicago (1994-1996).

**Exhibit 1**                                                                                                     **September 2020**

## Testimonial and Expert Report Experience

George Hedrick Jr. et al. v. The Kraft Heinz Company et al., Iron Workers District Council
(Philadelphia and Vicinity) Retirement and Pension Plan et al. v. The Kraft Heinz
Company et al. in United States District Court Northern District of Illinois, Case Nos.
1:19-cv-01339 and 1:19-CV-01845 (Declaration, May 15, 2019; Supplemental
Declaration, May 22, 2019; Second Supplemental Declaration, May 24, 2019).

Daniel Plaut et al. v. The Goldman Sachs Group, Inc. et al. in United States District Court
Southern District of New York, Case No. 1:18-cv-12084-VSB (Declaration, March 4,
2019; Supplemental Declaration, March 11, 2019).

In the Matter of the Accounting by David Ott as Trustee of the Ott Living Trust Under
Instrument Dated March 4, 1997 in State of New York, Surrogate's Court, County of
Ontario, File No. 2014-264/A (Affidavit, January 29, 2018).

Movses Marjanian et al. v. Allied Nevada Gold Corp. et al. and Janet Martinez et al. v. Allied
Nevada Gold Corp. et al. in United States District Court District of Nevada, Case Nos.
3:14-CV-0175-LRG-WCG and 2:14-cv-0650-JCM-VCF (Declaration, November 21,
2014).

Last Atlantis Capital LLC et al. vs AGS Specialist Partners et al. in the United States District
Court Northern District of Illinois, Case Nos. 04 C 0397, 05 C 5600, and 05 C 5671
(Expert Report, June 16, 2014; Deposition, September 5, 2014).

George Pio et al. v. General Motors Company et al. in the United States District Court Eastern
District of Michigan, Case No. 14-cv-11191-LVP-MKM (Declaration, June 16, 2014).

Brandon Muhammad et al. v. China Sky One Medical, Inc. et al. in the United States District
Court Central District of California, Case No. 2:12-cv-02552-DMG-CW (Declaration,
May 21, 2014).

In Re Fannie Mae Securities Litigation in the United States District Court District of Columbia,
Consolidated Civil Action No. 1:04-CV-01639 (Declaration with Frank C. Torchio,
October 11, 2013).

Nancy George et al. v. China Automotive Systems, Inc. et al. in the United States District Court
Southern District of New York, Civil Action No. 11-7533 (Declaration, January 14,
2013; Deposition, February 12, 2013; Reply Declaration, April 8, 2013; Testimony at
Hearing, May 30, 2013).

Morad Godooshim et al. v. Qiao Xing Mobile Communication Company, Ltd. et al. in the United
States District Court Southern District of New York, Civil Action No.: 12 Civ. 9264
(JSR) (Declaration, May 3, 2013).

**Exhibit 1**                                                    **September 2020**

Chris Basnett et al. v. Longwei Petroleum Investment Holding Ltd. et al., Jun Ma et al. v. Longwei Petroleum Investment Holding Ltd. et al., Charlie Muniz et al. v. Longwei Petroleum Investment Holding Ltd. et al., and Paul Howard et al. v. Longwei Petroleum Investment Holding Ltd. et al. in the United States District Court Southern District of New York, Nos. 13 Civ. 00214 (HB), 13 Civ. 00229 (HB), 13 Civ. 00278 (HB), and 13 Civ. 00442 (HB) (Declaration, March 28, 2013).

Lawrence Blitz et al. v. AgFeed Industries, Inc. et al. and Joseph Felcher et al. v. AgFeed Industries, Inc. et al. in the United States District Court Middle District of Tennessee, Nashville Division, Nos. 3:11-cv-0992 and 3:11-cv-01184 (Declaration, January 16, 2012).

Franz Schleicher et al. vs. Gary C. Wendt et al. in the United States District Court Southern District of Indiana, Indianapolis Division, No. 02 CV 1332 TWP-TAB (Declaration, January 13, 2011).

City of Monroe Employees' Retirement System et al. vs. The Hartford Financial Services Group, Inc. et al. in the United States District Court Southern District of New York, Civil Action No. 10 cv 2835 (NRB) (Declaration, June 28, 2010).

Harry Stackhouse et al. vs. Toyota Motor Corporation et al., Tom Mustric et al. vs. Toyota Motor Corporation et al., Kathryn A. Squires et al. vs. Toyota Motor Corporation et al., Robert M. Moss et al. vs. Toyota Motor Corporation et al., Philip Gelenberg et al. vs. Toyota Motor Corporation et al., and L. Patricia Sampoli et al. vs. Toyota Motor Corporation et al. in the United States District Court Central District of California, Nos. 2:10-cv-00922-DSF-AJW, 2:10-cv-01429-DSF-AJW, 2:10-cv-01452-DSF-AJW, 2:10-cv-01911-DSF-AJW, 2:10-cv-02196-DSF-AJW, and 2:10-cv-02253-DSF-AJW (Declaration, April 19, 2010).

EBC I, Inc. f/k/a eToys, Inc., by the Post-Effective Date Committee against Goldman, Sachs & Co. in the Supreme Court of the State of New York, County of New York, Index No. 601805/02 (Expert Report, October 27, 2009; Deposition, January 7, 2010; Expert Rebuttal Report, February 8, 2010; Affidavit, April 14, 2010).

**Exhibit 1**                                                                    **September 2020**

Aekta Ben Patel et al. vs. Satyam Computer Services Ltd. et al., Hossein Momenzadeh et al. vs. Satyam Computer Services Ltd. et al., Cynthia Freeman vs. Satyam Computer Services Ltd. et al., Naveen Chander Jepu vs. Satyam Computer Services Ltd. et al., Bert H. Sturgis, II et al. vs. Satyam Computer Services Ltd. et al., Larry R. Pennington et al. vs. Satyam Computer Services Ltd. et al., James Hamblin et al. vs. Satyam Computer Services Ltd. et al., Hillel Raymon et al. vs. Satyam Computer Services Ltd. et al., Brian Faber et al. vs. Satyam Computer Services Ltd. et al, Taylor Jamrok et al. vs. Satyam Computer Services Ltd. et al., William M. Hebert et al. vs. Satyam Computer Services Ltd. et al., and Ashit M. Mehta et al. vs. Satyam Computer Services Ltd. et al. in the United States District Court Southern District of New York, Civil Action Nos. 1:09-cv-00093-BSJ-DFE, 1:09-cv-00161-CM, 1:09-cv-00330-BSJ, 1:09-cv-00337-BSJ, 1:09-cv-08353-BSJ, 1:09-cv-08488-BSJ, 1:09-cv-08491-VM, 1:09-cv-00512-BSJ, 1:09-cv-00569-LTS, 1:09-cv-00655-BSJ, 1:09-cv-01124-UA, and 1:09-cv-01789-UA (Declaration, March 26, 2009).

Jacksonville Police and Fire Pension Fund et al. v. American International Group, Inc. et al., James Connolly v. American International Group, Inc. et al., Maine Public Employees Retirement System et al. v. American International Group, Inc. et al., and Ontario Teachers' Pension Plan Board et al. v. American International Group, Inc. et al. in the United States District Court Southern District of New York, Civil Action Nos. 08 Civ. 4772 (RJS), 08 Civ. 5072 (RJS), 08 Civ. 5464 (RJS), and 08 Civ. 5560 (RJS) (Declaration, August 18, 2008).

Plumbers and Pipefitters Local 51 Pension Fund et al. vs. Darden Restaurants, Inc. et al. and Robert Kalkstein et al. vs. Darden Restaurants, Inc. et al. in the United States District Court Middle District of Florida, Orlando Division, Case Nos. 6:08-CV-00388-PCF-DAB and 6:08-CV-00507-GAP-DAB (Declaration, June 19, 2008; Supplemental Declaration, June 27, 2008).

Life Enrichment Foundation et al. against Merrill Lynch & Co., Inc. et al., Michael J. Savena et al. against Merrill Lynch & Co., Inc. et al., Gary Kosseff et al. against Merrill Lynch & Co., Inc. et al., Robert R. Garber et al. against Merrill Lynch & Co., Inc. et al., and James Conn et al. against Merrill Lynch & Co., Inc. et al. in the United States District Court Southern District of New York, Civil Action Nos. 07 Civ. 09633 (LBS), 07 Civ. 09837 (LBS), 07 Civ. 10984 (LBS), 07 Civ. 11080 (LBS), and 07 Civ. 11626 (LBS) (Declaration, January 17, 2008).

Eugene Kratz vs. Beazer Homes USA, Inc. et al., New Jersey Building Laborers Pension Fund vs. Beazer Homes USA, Inc. et al., and IBEW Local 1579 Pension Plan vs. Beazer Homes USA, Inc. et al. in the United States District Court Southern District of Georgia, Civil Action Nos. 1:07-CV-00725, 1:07-CV-1139, and 1:07-CV-1151 (Declaration, June 15, 2007; Supplemental Declaration, July 2, 2007).

**Exhibit 1**                                                                   **September 2020**

Tully Nadel et al. against Comverse Technology Inc. et al., David Thomas et al. against
    Comverse Technology, Inc. et al., and Lance Moore et al. against Comverse Technology,
    Inc. et al. in the United States District Court Southern District of New York, Civil Action
    Nos. 06 Civ. 3190 (LAK), 06 Civ. 3445 (LAK), and 06 Civ. 4418 (LAK) (Declaration,
    July 6, 2006).

Anthony Caiafa et al. against Comverse Technology Inc. et al. and James M. Gorman et al.
    against Comverse Technology, Inc. et al. in the United States District Court Eastern
    District of New York, Civil Action Nos. 06 CV 1825 (NGG) and 06 CV2738 (NGG)
    (Declaration, July 6, 2006).

**Selected Consulting Experience**

*Securities Litigation*

Consultant in SEB Investment Management AB, et al. v. Symantec Corp. and G. Clark in the
    United States District Court, Northern District of California, Case No. 3:18-cv-02902-
    WHA (December 2019 – present).

Consultant in In Re CenturyLink Sales Practices and Securities Litigation in the United States
    District Court, District of Minnesota, MDL No. 17-2795 (MJD/KMM) (September 2019
    – present).

Consultant in In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products
    Liability Litigation in the United States District Court, Northern District of California,
    MDL No. 2672 CRB (JSC) (September 2019 – present).

Consultant in Lord Abbett Affiliated Fund, Inc., et al. v. Navient Corporation, et al. in the United
    States District Court, District of Delaware, C.A. No. 16-cv-112-MN (July 2019 –
    present).

Consultant in Lawrence Rougier, et al. v. Applied Optoelectronics, Inc., et al. in the United
    States District Court, Southern District of Texas, Houston Division, Case No. 4:17-cv-
    02399 (April 2019 – present).

Consultant in Christakis Vrakis, et al. v. United States Steel Corporation, et al. in the United
    States District Court, Western District of Pennsylvania, C.A. No. 17-579 (January 2019 –
    present).

Consultant in Pedro Ramirez, Jr., et al. v. Exxon Mobil Corporation, et al. in the United States
    District Court, Northern District of Texas, Case No. 3:16-cv-3111-K (September 2018 –
    present).

**Exhibit 1**                                                    **September 2020**

Consultant in <u>Howard Green and Anne Bell v. Canadian Imperial Bank of Commerce, et al.</u> in the Superior Court of Justice Canada, Ontario, Court File No. CV-08-359335 (March 2018 – present).

Consultant in <u>In Re Signet Jewelers Limited Securities Litigation</u> in the United States District Court, Southern District of New York, Case No. 1:16-cv-06728-CM (January 2019 – April 2020).

Consultant in <u>Oklahoma Law Enforcement Retirement System, et al. v. Adeptus Health Inc., et al.</u> in the United States District Court, Eastern District of Texas, Case No. 4:18-cv-0449-ALM (November 2018 – November 2019).

Consultant in <u>In Re HD Supply Holdings, Inc. Securities Litigation</u> in the United States District Court, Northern District of Georgia, Case No. 1:17-cv-02587-ELR (January 2019 – August 2019).

Consultant in <u>In Re Illumina, Inc. Securities Litigation</u> in the United States District Court, Southern District of California, Case No. 3:16-cv-03044-L-KSC (August 2018 – May 2019).

Consultant in <u>In Re Cobalt International Energy, Inc. Securities Litigation</u> in the United States District Court, Southern District of Texas, Case No.  4:14-cv-3428 (June 2016 – January 2019).

Consultant in <u>In Re Finisar Corporation Securities Litigation</u> in the United States District Court, Northern District of California, Case No. 5:11-cv-01252-EJD (June 2017 – December 2018).

Consultant in <u>In Re CommVault Systems, Inc. Securities Litigation</u> in the United States District Court, District of New Jersey, Master File No. 14-5628 (November 2016 – November 2017).

Consultant in <u>James Gormley, et al. v. magicJack VocalTec Ltd.</u>, et al. in the United States District Court, Southern District of New York, Case No. 1:16-cv-1869 (March 2017 – June 2017).

Consultant in <u>Caason Investments Pty Ltd. et al. v. Simon Xiao Fan Cao & Ors et al.</u> in the Federal Court of Australia, New South Wales District Registry, General Division, No. NDS 1558 of 2012 (April 2016 – May 2017).

Consultant in <u>Celso Catucci and Nicole Aubin v. Valeant Pharmaceuticals International Inc. et al.</u> in the Superior Court Canada, Province of Quebec, District of Montreal, No. 500-06-000783-163 (June 2016 – April 2017).

Consultant in <u>In Re Altisource Portfolio Solutions, S.A. Securities Litigation</u> in the United States District Court, Southern District of Florida, Case 14-81156 CIV-WPD (June 2016 – March 2017).

Exhibit 1                                                                    September 2020

Consultant in In Re DFC Global Corp. Securities Litigation in the United States District Court, Eastern District of Pennsylvania, C.A. No. 2:13-cv-06731-BMS (September 2015 – February 2017).

Consultant in Blairgowrie Trading Ltd v. Allco Finance Group Ltd in the Federal Court of Australia, New South Wales District Registry, General Division, No. NSD 1609 of 2013 (September 2014 – October 2016).

Consultant in Tobias Mitic v. Oz Minerals Limited in the Federal Court of Australia, Victoria Registry, General Division, No. VID114/2014 (May 2014 – June 2016).

Consultant in William B. Wallace et al. v. IntraLinks Holdings, Inc. et al. in the United States District Court, Southern District of New York, No. 08-Civ.-8861-TPG (November 2013 – October 2015).

Consultant in In Re ITT Educational Services, Inc. Securities Litigation in the United States District Court, Southern District of New York, C.A. No. 13-cv-1620-JPO (January 2015 – October 2015).

Consultant in In Re MF Global Holdings Limited Securities Litigation in the United States District Court, Southern Division New York, C. A. No. 1:11-cv-07866-VM (August 2014 – September 2015).

Consultant in Pawel I. Kmiec vs. Powerwave Technologies, Inc., et al. in the United States District Court, Central District of California Southern Division, No: 8:12-cv-00222CJC(JPRx) (November 2013 – September 2015).

Consultant in Jacqueline Coffin and Sandra Lowry v. Atlantic Power Corp. et al. in the Superior Court of Justice, Ontario, Canada, Court File No.: CV-13-480939 -00CP (September 2013 – March 2015).

Consultant in The Trustees of the Labourers' Pension Fund of Central and Eastern Canada et al. v. Sino-Forest Corporation, et al. in the Superior Court of Justice, Ontario, Canada, Court File No.: CV-11-431153-00CP (October 2011 – September 2014).

Consultant in Lehman Brothers Equity/Debt Securities Litigation in the United States District Court, Southern District of New York, No. 08 Civ. 5523 (LAK) (August 2011 – November 2013).

Consultant in Fannie Mae Securities Litigation in the United States District Court, District of Columbia, No. 1:04-CV-01639 (December 2004 – October 2013).

Consultant in In Re Bank of America Corp. Securities, Derivative, and Employment Retirement Income Security Act (Erisa) Litigation in the United States District Court, Southern District of New York, Master File No. 09 MDL 2058 (PKC), relating to Nos. 10-CV-2284 (PKC), 10-CV-5563 (PKC), 11-CV-7070 (PKC), and 11-CV-7779 (PKC) (June 2012 – September 2013).

**Exhibit 1**                                                                                               **September 2020**

Consultant in <u>Merck & Co., Inc. Vytorin/Zetia Securities Litigation</u> in the United States District Court, District of New Jersey, Civil Action No. 2:08-cv-2177 (DMC) (JAD) (April 2010 – May 2013).

Consultant in <u>In Re Winstar Communications Securities Litigation</u> in the United States District Court, Southern District of New York, Master File No. 01 Civ. 3014 (GBD) (March 2008 – May 2013).

Consultant in <u>Citigroup Inc. Securities Litigation</u> in the United States District Court Southern District of New York, Master File No. 07 Civ. 9901 (SHS) (May 2011 – April 2013).

Consultant <u>in Fairfax Financial Holdings Limited and Crum & Forster Holdings Corp., v. S.A.C. Capital Management, LLC et al.</u> in the Superior Court of New Jersey, Law Division: Morris County, Docket No. MRS-L-2032-06 (January 2009 – July 2012).

Consultant in <u>SLM Corporation Securities Litigation</u> in the United States District Court, Southern District of New York, Case No. 08 Civ. 1029 (WHP) (February 2011 – April 2012).

Consultant in <u>Vivendi Universal, S.A. Securities Litigation</u> in the United States District Court for the Southern District of New York, No. 02 Civ. 5571 (RJH) (HBP) (March 2008 – April 2012).

Consultant in <u>Countrywide Financial Corporation Securities Litigation</u> in the United States District Court, Central District of California, Western Division, No. CV 07-05295 MRP (MANx) (October 2007 – December 2011).

Consultant in <u>Scientific-Atlanta, Inc. Securities Litigation</u> in the United States District Court, Northern District of Georgia, Atlanta Division, Civil Action No. 1:01-CV-1950-RWS (June 2007 – November 2011).

Consultant in <u>Franz Schliecher et al. vs. Gary C. Wendt et al.</u> in the United States District Court for the Southern District of Indiana, Indianapolis Division, No. 02 CV 1332 TWP-TAB (May 2010 – January 2011).

Consultant in <u>Alstom SA Securities Litigation</u> in the United States District Court, Southern District of New York, Master File No. 03-CV-6595(VM) (January 2007 – October 2010).

Consultant in <u>Marsh & McLennan Companies, Inc. Securities Litigation</u> in the United States District Court for the Southern District of New York, Civil Action No. 04-CV-08144 (SWK) (June 2007 – November 2009).

Consultant in <u>HealthSouth Corporation Securities Litigation, HealthSouth Corporation Stockholder Litigation, and HealthSouth Corporation Bondholder Litigation</u> in the United States District Court Northern District of Alabama, Southern Division, Master File No. CV-03-BE-1500-S, Consolidated Case No. CV-03-BE-1501–S and Consolidated Case No. CV-03-BE-1502-S (September 2007 – May 2009).

**Exhibit 1**                                                                 **September 2020**

Consultant in <u>State of New Jersey et al. v. Tyco International, Ltd. et al.</u> in the United States
District Court for the State of New Hampshire, Civil No. 03-1337-B, MDL No. 1335
(January 2007 – January 2009).

Consultant in <u>Vesta Insurance Group, Inc. Securities Litigation</u> in the United States District
Court for the Northern District of Alabama, Southern Division, Case No. CV 98-AR-
1407KOB (May 2002 – September 2008).

Consultant in <u>Clifford C. Marsden et al. v. Select Medical Corp. et al.</u> in the United States
District Court for the Eastern District of Pennsylvania, Case No. 2:04-cv-4020 (JCJ)
(January 2008 – March 2008).

Consultant in <u>Hans A. Quaak et al. v. Dexia Bank Belgium</u> in the United States District Court,
District of Massachusetts, Civil Action No. 03-CIV-11566(PBS) (July 2006 – April
2007).

Consultant in <u>Bristol-Myers Squibb Securities Litigation</u> in the United States District Court
District of New Jersey, Civil Action No. 00-1990 (SRC) (February 2003 – May 2006).

Consultant in <u>Enron Corporation Securities Litigation</u> in the United States District Court,
Southern District of Texas, Houston Division, MDL-1446, Consolidated Civil Action No.
H-01-3624 (February 2006 – May 2006).

Consultant in <u>FirstWorld Communications, Inc. Securities Litigation</u> in the United States District
Court, District of Colorado, Civil Action No. 00-K-1376 (April 2003 – May 2004).

Consultant in <u>Lucent Technologies, Inc. Securities Litigation</u> in the United States District Court
for the District of New Jersey, Case No. 00-CV-621 (JAP) (April 2002 – November
2003).

Consultant in <u>DaimlerChrysler AG Securities Litigation</u> in the United States District Court,
District of Delaware, Civil Action Nos. 00-993/00-984 01-004-JJF (March 2000 – April
2003)

Consultant in <u>Assisted Living Concepts, Inc. Securities Litigation</u> (May 2000 – December 2002).

Consultant in <u>Sykes Enterprises, Inc. Securities Litigation</u> in the United States District Court,
Middle District of Florida, Tampa Division, Case No.:8:00-CV212-T-26F (May 2002 –
December 2002).

Consultant in <u>Camden Asset Management, LP et al. v. Sunbeam Corporation et al.</u> in the United
States District Court Southern District of Florida Miami Division, 99-8275-Civ-
Middlebrooks MDL No. 1297 (October 2000 – December 2002).

Consultant in <u>Conseco Inc. Securities Litigation</u> in the United States District Court, Southern
District of Indiana, Indianapolis Division, IP00-0585-C Y/S (January 2001 – October
2002).

**Exhibit 1**                                                                                            **September 2020**

Consultant in <u>Buxbaum, et al. v. Deutsche Bank AG, et al.</u> in the United States District Court
Southern District of New York, 98-Civ-8460 (JGK) (March 2000 – May 2002).

Consultant in <u>Zila, Inc. Securities Litigation</u> in the United States District Court for the Southern
District of Arizona, No. Civ. 99-0155-PHX-EHC (OMP) (October 2000 – March 2002).

Consultant in <u>IKON Office Solutions, Inc. Securities Litigation</u> in the United States District
Court for the Eastern District of Pennsylvania, File No. 98-CV-4286 (MK) (May 2000 –
February 2002).

Consultant in <u>Hamilton Bancorp, Inc. Securities Litigation</u> in the United States District Court
Southern District of Florida, Miami Division, Case No. 01-CIV-0156
GOLD/SIMONTON (2002).

Consultant in <u>Cendant Corporation Litigation</u> in the United States District Court for the District
of New Jersey, Master File No. 98-1664 (WHW) (May 2000 – July 2000).

Consultant in <u>Harvey Greenfield v. Compuserve Corp. et al.</u> in the Court of Common Pleas,
Franklin County, Ohio, Civil Division, Case No. 96CVG06-4810 (May 2000 – June
2000).

Consultant in <u>Pegasystems Securities Litigation</u> in the United States District Court for the
District of Massachusetts, C.A. No. 97-12570 (WGY) (May 2000 – June 2000).

*Other*

Consultant in <u>Securities and Exchange Commission v. Chad C. McGinnis, et al.</u> in the United
States District Court, District of Vermont (Rutland), Civil Action No. 5:14-cv-00006-CR
(October 2013 – March 2019).

Consultant in <u>John Cumming, derivatively on behalf of New Senior Investment Group, Inc. v
Wesley R. Edens, et al.</u> in the Court of Chancery of the State of Delaware, Case No.
13007-VCS (October 2018 – December 2018).

Consultant in <u>Obsidian Management, LLC, v. Xura, Inc.</u> in the Court of Chancery of the State of
Delaware, C.A. No. 12698-VCS (May 2017 – January 2018).

Consultant in <u>In Re Lehman Brothers Holdings, Inc.</u>, et al. in the United States Bankruptcy
Court, Southern District of New York, Case No. 08-13555 (March 2017 – January 2018).

Consultant in <u>United States of America v. Ashish Aggarwal et al.</u> in the United States District
Court, Central District of California, Criminal Action No. CR 15-00465 (April 2016 –
June 2017).

**Exhibit 1**                                                                          **September 2020**

Consultant in <u>David E. Kaplan et al., vs. S.A.C. Capital Advisors, LP., et al.</u> in the United States
District Court Southern District of New York, Case No. 12 Civ. 9350 (April 2015 –
November 2016).

Consultant in <u>Public School Teachers' Pension and Retirement Fund of Chicago v. Gary S.
Guthart, et al.</u> in the Superior Court of California, County of San Mateo, Case No. CV
526930 (August 2015 – September 2016).

Consultant in <u>Louisiana Firefighters' Retirement System et al. v. Northern Trust Investments,
N.A. and Northern Trust Company</u> in the United States District Court, Northern District
of Illinois, C.A. No. 09-cv-7203 (April 2015 – March 2016).

Consultant in <u>Ipay Express Pte Limited & Ors v Macquarie Equities Limited</u> in the Federal Court
of Australia, New South Wales District Registry, NSD508/2012 (January 2014 – August
2015).

Consultant in In Re Northstar Lotter Group, LLC and the Illinois Department of the Lottery,
Reference No. 1340010453 (April 2014 – August 2014).

Consultant in <u>United States of America v. David Riley and Matthew Teeple</u> in the United States
District Court, Southern District of New York, S1 13 Cr. 339 (RPP) (February 2014 –
May 2014).

Consultant in <u>The City of Farmington Hills Employees Retirement System et al. v. Wells Fargo
Bank, N.A.</u> in the United States District Court, Northern District of Minnesota, Court File
No. 0:10-CV-04372-DWF/JJG (November 2012 – April 2014).

Consultant in <u>United States of America v. Todd Newman et al.</u>, in the United States District
Court, Southern District of New York, S2 12 Cr. 121 (RJS) (June 2012 – December
2012).

Consultant in <u>In Re MoneyGram International, Inc. Securities Litigation</u> in the Court of
Chancery of the State of Delaware, C.A. No. 6387-VCL (April 2011 – April 2012).

Consultant in <u>Securities and Exchange Commission v. Galleon Management, LP et al.</u> in the
United States District Court, Southern District of New York, No. 09-CV-8811-JSR
(January 2010 – October 2011).

Consultant in <u>United States of America v. Raj Rajaratnam</u> in the United States District Court,
Southern District of New York, S2-09-CR-1184 (RJH) (January 2010 – October 2011).

Consultant in <u>Douglas M. Brown, et al. v. Oppenheimerfunds, Inc. et al. and Edward Lowinger,
et al.v. Oppenheimerfunds, Inc. et al. and New Mexico Education Plan Trust</u> in the State
of New Mexico, County of Santa Fe, First Judicial District Court, Case Nos. D-0101-CV-
2009-02815 and D-0101-CV-2009-02657 (January 2010 – January 2011).

**Exhibit 1**                                                    **September 2020**

Consultant in <u>New York State Electric & Gas Corporation v. FirstEnergy Corp.</u> in the United States District Court for the Northern District of New York, Civil Action No. 3:03-CV-0438 (DEP) (May 2006 – December 2010).

Consultant in <u>George L. Miller, Chapter 7 Trustee of the Bankruptcy Estates of American Business Financial Services, Inc. and Subsidiaries v. Anthony J. Santilli, et al.</u> in the Court of Common Pleas, Philadelphia County, Pennsylvania, July Term, No. 001225 (January 2009 – May 2009).

Consultant in <u>GPC XLI L.L.C., et al. v. Loral Space and Communications, Inc., et al.</u> in the Court of Chancery of the State of Delaware in and for New Castle County, Civil No. 3022-VCS (January 2008 – March 2008).

Consultant in <u>Richard A. Williamson, et al. v. Cox Communications, Inc. et al.</u> in the Court of Chancery of the State of Delaware in and for New Castle County, Civil Action No. 1663-N (May 2007 – October 2007).

Consultant in <u>Rochester Gas and Electric Corporation v. FirstEnergy Corp.</u> in the United States District Court for the Western District of New York, Civil Action 00 CV 6369 (Fe) (April 2007 – October 2007).

Consultant in <u>United States of America v. Jeffrey K. Skilling and Kenneth L. Lay</u> in the United States District Court, Southern District of Texas, Houston Division, Criminal No. H-04-25 (January 2003 – August 2006)

Consultant in <u>Valeant Pharmaceuticals International v. Milan Panic and Adam Jerney</u> in the Court of Chancery of the State of Delaware in and for New Castle County, Civil Action No. 19947-NC (January 2006 – March 2006).

Consultant in <u>FSA Investigation of GLG Partners LP and Mr Philippe Jabre</u> (November 2005 – December 2005).

Consultant in <u>The Matter of the Ruth Lilly Charitable Remainder Annuity Trust #1 U/A/ January 18, 2002, National City Bank of Indiana, Trustee and in The Matter of the Ruth Lilly Charitable Remainder Annuity Trust #1 U/A/ January 18, 2002, National City Bank of Indiana, Trustee</u> in the Marion Superior Court Probate Division, Cause No. 49D08 0211 TR002770 (November 2004 – September 2005).

Consultant in <u>Bruce J. Colburn et al. v. eResearch Technology, Inc.</u> in the Philadelphia County Court of Common Pleas Commerce Program, Case No. 02521 (January 2005 – March 2005).

Consultant in <u>Elizabeth Frazer et al. v. Richard L. Klass et al.</u> in the United States District Court, Southern District of New York, Docket No. 03 CIV 6725 (CLB) (September 2004).

Consultant in <u>Mark Levy v. Sterling Holding Company, LLC et al.</u> in the Unites States District Court for the District of Delaware, Civil Action No. 00-994 (September 2003 – August 2004).

**Exhibit 1**                                                                                          **September 2020**

Consultant in <u>Edward W. Laves v. ISCO International Inc. (f/k/a Illinois Superconductor Corporation), George Calhoun, Samuel Perlman, and Mark Brodsky</u> in the Circuit Court of Cook County, Illinois County Department, Law Division, No. 00 L 8111 (August 2003 – October 2003).

Consultant in <u>Telecorp PCS, Inc. Shareholders Litigation</u> in the Court of Chancery of the State of Delaware in and for New Castle County, Consolidated C.A. No. 19260-NC (January 2003 – May 2003).

Consultant in <u>United States Securities and Exchange Commission v. Scott K. Ginsburg, Mark J. Ginsburg, and Jordan E. Ginsburg</u> in the United States District Court Southern District of Florida West Palm Beach Division, Case No. 99-8694-CIV-RYSKAMP/VITUNAC (April 2002 – October 2002).

Consultant in <u>Consolidated Edison, Incorporated v. Northeast Utilities</u> in the United States District Court Southern District of New York Case No. 01 CIV 1893 (JGK) (April 2002 – September 2002).

Consultant in <u>Research International, LTD. v. Numico Investment Corp. and Koninklijke N.V.</u> in the United States District Court for the Western District of Pennsylvania, Civil Action No. 99-1264 (November 2000 – April 2002).

Consultant in <u>Robert Brennan, Debtor</u> in the United States Bankruptcy Court for the District of New Jersey, case No. 95-35502 (KCF) (March 2000 – September 2000)

.