# EXHIBIT B

**Avraham Bitran**
**LIFO Losses in Ideanomics, Inc.**
Class Period: 3/20/2020 - 6/25/2020

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/22/2020 | 8,369 | $3.39 | $28,411.92 | Sale | 6/29/2020 | 10,000 | $2.05 | $20,500.00 |
| Purchase | 6/22/2020 | 3,216 | $3.40 | $10,934.40 | Sale | 6/29/2020 | 197 | $2.05 | $403.85 |
| Purchase | 6/22/2020 | 597 | $3.44 | $2,053.68 | *Sale | 6/29/2020 | 9,803 | $1.78 | $17,400.33 |
| Purchase | 6/22/2020 | 654 | $3.48 | $2,275.92 | *Sale | 6/29/2020 | 7,900 | $1.78 | $14,022.50 |
| Purchase | 6/22/2020 | 17,604 | $3.50 | $61,614.00 | *Sale | 6/29/2020 | 79 | $1.78 | $140.23 |
| Purchase | 6/22/2020 | 74 | $3.49 | $258.26 | *Sale | 6/29/2020 | 9,921 | $1.78 | $17,609.78 |
| Purchase | 6/22/2020 | 1,300 | $3.64 | $4,732.00 | Sale | 6/29/2020 | 10,000 | $2.12 | $21,154.00 |
| Purchase | 6/22/2020 | 1,094 | $3.62 | $3,960.28 | Sale | 6/29/2020 | 5,000 | $2.10 | $10,500.00 |
| Purchase | 6/22/2020 | 15 | $3.63 | $54.45 | Sale | 6/29/2020 | 7,614 | $2.10 | $15,989.40 |
| Purchase | 6/22/2020 | 2,382 | $3.65 | $8,694.30 | | | | | |
| Purchase | 6/22/2020 | 4,891 | $3.67 | $17,949.97 | | | | | |
| Purchase | 6/22/2020 | 1,000 | $3.68 | $3,680.00 | | | | | |
| Purchase | 6/22/2020 | 9,376 | $3.70 | $34,691.20 | | | | | |
| Purchase | 6/22/2020 | 9,942 | $3.80 | $37,779.60 | | | | | |
| | | 60,514 | | $217,089.98 | | | 60,514 | | $117,720.08 |

LIFO loss:     ($99,369.90)

\* Post-class sale price adjusted to maximum loss per PSLRA 90-day period beginning on June 26, 2020.