# EXHIBIT C

| Date of Sale | Mean Trading Price (Period Starting June 25, 2020) | Mean Trading Price (Period Starting June 26, 2020) | Negative Per Share Impact Based on June 25, 2020 Start |
|---|---|---|---|
| 6/26/2020 | $1.950 | $1.460 | $0.490 |
| 6/29/2020 | $1.997 | $1.775 | $0.222 |
| 6/30/2020 | $2.000 | $1.853 | $0.147 |
| 7/1/2020 | $1.946 | $1.823 | $0.124 |
| 7/2/2020 | $1.877 | $1.764 | $0.113 |
| 7/6/2020 | $1.811 | $1.707 | $0.105 |
| 7/7/2020 | $1.743 | $1.643 | $0.100 |
| 7/8/2020 | $1.722 | $1.633 | $0.090 |
| 7/9/2020 | $1.693 | $1.610 | $0.083 |
| 7/10/2020 | $1.665 | $1.587 | $0.078 |
| 7/13/2020 | $1.634 | $1.561 | $0.073 |
| 7/14/2020 | $1.602 | $1.533 | $0.070 |
| 7/15/2020 | $1.581 | $1.515 | $0.066 |
| 7/16/2020 | $1.560 | $1.497 | $0.063 |
| 7/17/2020 | $1.546 | $1.486 | $0.060 |
| 7/20/2020 | $1.541 | $1.484 | $0.056 |
| 7/21/2020 | $1.533 | $1.479 | $0.053 |
| 7/22/2020 | $1.523 | $1.472 | $0.051 |
| 7/23/2020 | $1.512 | $1.463 | $0.049 |
| 7/24/2020 | $1.501 | $1.455 | $0.047 |
| 7/27/2020 | $1.490 | $1.445 | $0.045 |
| 7/28/2020 | $1.482 | $1.439 | $0.044 |
| 7/29/2020 | $1.475 | $1.433 | $0.042 |
| 7/30/2020 | $1.474 | $1.433 | $0.040 |
| 7/31/2020 | $1.473 | $1.435 | $0.039 |
| 8/3/2020 | $1.480 | $1.443 | $0.037 |
| 8/4/2020 | $1.478 | $1.442 | $0.036 |
| 8/5/2020 | $1.482 | $1.448 | $0.034 |
| 8/6/2020 | $1.488 | $1.456 | $0.033 |
| 8/7/2020 | $1.493 | $1.461 | $0.032 |
| 8/10/2020 | $1.502 | $1.472 | $0.030 |
| 8/11/2020 | $1.498 | $1.468 | $0.029 |
| 8/12/2020 | $1.495 | $1.467 | $0.029 |
| 8/13/2020 | $1.490 | $1.462 | $0.028 |
| 8/14/2020 | $1.486 | $1.459 | $0.027 |
| 8/17/2020 | $1.480 | $1.454 | $0.027 |
| 8/18/2020 | $1.474 | $1.448 | $0.026 |
| 8/19/2020 | $1.467 | $1.441 | $0.026 |
| 8/20/2020 | $1.465 | $1.440 | $0.025 |
| 8/21/2020 | $1.460 | $1.435 | $0.025 |
| 8/24/2020 | $1.453 | $1.429 | $0.024 |
| 8/25/2020 | $1.449 | $1.425 | $0.024 |
| 8/26/2020 | $1.445 | $1.422 | $0.023 |
| 8/27/2020 | $1.442 | $1.419 | $0.023 |
| 8/28/2020 | $1.438 | $1.416 | $0.022 |
| 8/31/2020 | $1.435 | $1.413 | $0.022 |
| 9/1/2020 | $1.431 | $1.409 | $0.021 |
| 9/2/2020 | $1.427 | $1.406 | $0.021 |
| 9/3/2020 | $1.423 | $1.402 | $0.021 |
| 9/4/2020 | $1.417 | $1.397 | $0.020 |
| 9/8/2020 | $1.411 | $1.391 | $0.020 |
| 9/9/2020 | $1.405 | $1.385 | $0.020 |
| 9/10/2020 | $1.400 | $1.380 | $0.020 |
| 9/11/2020 | $1.394 | $1.375 | $0.019 |
| 9/14/2020 | $1.391 | $1.372 | $0.019 |
| 9/15/2020 | $1.386 | $1.367 | $0.019 |
| 9/16/2020 | $1.381 | $1.362 | $0.019 |
| 9/17/2020 | $1.375 | $1.357 | $0.018 |