UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
MEGAN LUNDY, *individually and on behalf of all others similarly situated*,

                              Plaintiff,

    -against-

IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY,

                              Defendants.

------------------------------------ x

ANDREW KIM, *individually and on behalf of all others similarly situated*,

                              Plaintiffs,

    -against-

IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY,

                              Defendants.

------------------------------------ x

ORDER

20 Civ. 4944 (GBD)

ORDER

20 Civ. 5203 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The unopposed motions to consolidate *Lundy v. Ideanomics, Inc. et al.*, No. 20 Civ. 4944 (GBD) (S.D.N.Y. June 28, 2020) and *Kim v. Ideanomics, Inc. et al.*, No. 20 Civ. 5203 (GBD) (S.D.N.Y July 7, 2020), (ECF Nos. 15, 19, 22, 25, 28, 32, 35), are GRANTED.

    The initial conference scheduled to occur on November 10, 2020 at 9:30 a.m. is converted to an oral argument on the motions to appoint lead plaintiff and lead counsel.

Dated: New York, New York  
November 4, 2020

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS  
United States District Judge