UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGAN LUNDY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY,<br><br>Defendants. | Case No. 1:20-cv-04944-GBD |
| ANDREW KIM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC., ALFRED POOR, BRUNO WU, and CONOR MCCARTHY,<br><br>Defendants. | Case No. 1:20-cv-05203-GBD |



## MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 1.4

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4, movant Gary Sons hereby respectfully moves this Court for an Order permitting withdrawal of appearances of Jason A. Zweig, Reed R. Kathrein and Lucas E. Gilmore in the above-captioned action. On December 16, 2020, this Court appointed Rene Aghajanian as Lead Plaintiff and Kessler Topaz Meltzer & Check, LLP as Lead Counsel in this case (ECF No. 64). Mr. Sons has no further role in this case, other than as putative class member, and consents to the withdrawals of Mr. Zweig, Mr. Kathrein and Mr. Gilmore. Accordingly, Mr. Zweig, Mr. Kathrein and Mr. Gilmore request that their

- 1 -

withdrawal as counsel be granted and they be removed from this action's electronic case filing (ECF) service list.

DATED: December 16, 2020                    Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Lucas E. Gilmore*
    LUCAS E. GILMORE

Reed R. Kathrein (admitted *pro hac vice*)
Lucas E. Gilmore (admitted *pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Jason Allen Zweig (JZ-8107)
HAGENS BERMAN SOBOL SHAPIRO LLP
555 Fifth Avenue, Suite 1700
New York, NY 10117
Telephone: (212) 752-5455
Facsimile:  (917) 210-3980
jasonz@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for Movant Gary Sons*

IT IS SO ORDERED. DEC 2 2 2020

DATE: _____

HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

- 2 -