**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE IDEANOMICS, INC. SECURITIES
LITIGATION

No. 1:20-cv-04944-GBD-OTW

**DECLARATION OF GEORGE KOSTOLAMPROS IN SUPPORT**
**OF IDEANOMICS'S, POOR'S, SKLAR'S, AND MCCARTHY'S MOTION**
**TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT**

I, George Kostolampros, declare under penalty of perjury that the information set forth below is true and correct:

1.      I am a partner in the law firm of Venable LLP in Washington, D.C.  Venable LLP represents Defendants Ideanomics, Inc. ("Ideanomics"), Alfred Poor, Conor McCarthy, and Anthony Sklar in the above-captioned matter.

2.      I respectfully submit this Declaration in support of Ideanomics's, Poor's, Sklar's, and McCarthy's Motion to Dismiss Plaintiff's Amended Complaint, dated February 26, 2021, in order to place before the Court true and correct copies of documents referred to in the Memorandum of Law filed in support of Ideanomics's, Poor's, Sklar's, and McCarthy's  Motion to Dismiss.

3.      A true and correct copy of relevant excerpts of Ideanomics's Form S-3, filed with the U.S. Securities and Exchange Commission ("SEC") on February 12, 2021, is attached hereto as **Exhibit 1**.

4.      A true and correct copy of Ideanomics's March 3, 2020 press release, titled "Ideanomics' MEG Subsidiary to open 100,000 square meters facility in the City of Qingdao," is attached hereto as **Exhibit 2**.

5.      A true and correct copy of relevant excerpts of Ideanomics's 2020 Form 10-K, filed with the SEC on March 30, 2021, is attached hereto as **Exhibit 3**.

6.      A true and correct copy of relevant excerpts of Ideanomics's 2019 Form 10-K, filed with the SEC on March 16, 2020, is attached hereto as **Exhibit 4**.

7.      A true and correct copy of relevant excerpts of Ideanomics's First Quarter 2020 Form 10-Q, filed with the SEC on May 11, 2020, is attached hereto as **Exhibit 5**.

8.      A true and correct copy of a chart of Ideanomics's stock prices during the Class Period from March 16, 2020 to June 25, 2020, exported from https://www.nasdaq.com/market-activity/stocks/idex/advanced-charting, is attached hereto as **Exhibit 6**.

9.      A true and correct copy of a June 22, 2020 tweet by Dave Portnoy, founder of BarstoolSports, is attached hereto as **Exhibit 7**.

10.     A true and correct copy of the J Capital Research Homepage, available at https://www.jcapitalresearch.com/ (last visited May 6, 2021), is attached hereto as **Exhibit 8**.

11.     A true and correct copy of the June 25, 2020 J Capital Research report on Ideanomics titled "Champion of Promotes," available at https://cdn.gmtresearch.com/public-ckfinder/Short-sellers/J%20Capital/J-Capital_Ideanomics_Champion-Stock-Promote_Jun25-2020.pdf, is attached hereto as **Exhibit 9**.

12.     A true and correct copy of a June 25, 2020 tweet by Hindenburg Research, available at https://twitter.com/hindenburgres/status/1276168359143407616?lang=en (last visited May 6, 2021), is attached hereto as **Exhibit 10**.

13.     A true and correct copy of the June 26, 2020 Hindenburg Research Report on Ideanomics, available at https://hindenburgresearch.com/ideanomics/ (last visited May 6, 2021), is attached hereto as **Exhibit 11**.

14.     A true and correct copy of Ideanomics's June 26, 2020 press release titled "Ideanomics Clarifies Status of Its EV Hub in Qingdao," is attached hereto as **Exhibit 12**.

15.     A true and correct copy of Ideanomics's June 26, 2020 press release, titled "Ideanomics Qingdao Sales Center to be Officially Rebranded MEG Center by July 1 and Confirms Hindenburg's False and Misleading Communication," is attached hereto as **Exhibit 13**.

16.     A true and correct copy of Ideanomics's May 11, 2020 Earnings Call Transcript is attached hereto as **Exhibit 14.**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on May 6, 2021 in Washington, D.C.

Dated: Washington, D.C.
May 6, 2021

/s/ George Kostolampros
GEORGE KOSTOLAMPROS