# EXHIBIT 5

**UNITED STATES**

**SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**FORM 10-Q**

☒ QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended **March 31, 2020**

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File Number: **001-35561**

# IDEANOMICS, INC.
(Exact name of registrant as specified in its charter)

| **Nevada** | **20-1778374** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**55 Broadway, 19th Floor**
**New York, NY 10006**
(Address of principal executive offices)

**212-206-1216**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class: | Trading Symbol(s) | Name of each exchange on which registered: |
|---|---|---|
| Common stock, $0.001 par value per share | IDEX | The Nasdaq Stock Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes ☒      No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).
Yes ☒      No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company, or an emerging growth company. See the definitions of "larger accelerated filer", "accelerated filer", "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☒ |
| Non-accelerated filer ☐ | Smaller reporting company ☒ |
| Emerging growth company ☐ | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes ☐      No ☒

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date: 167,473,022 shares as of May 7, 2020.

**QUARTERLY REPORT ON FORM 10-Q**
**OF IDEANOMICS, INC.**
**FOR THE PERIOD ENDED MARCH 31, 2020**
**TABLE OF CONTENTS**

**PART I**   **-FINANCIAL INFORMATION**

| | | |
|---|---|---|
| Item 1. | Financial Statements | 4 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 32 |
| Item 3 | Quantitative and Qualitative Disclosures About Market Risk | 41 |
| Item 4. | Controls and Procedures | 41 |

**PART II**   **-OTHER INFORMATION**

| | | |
|---|---|---|
| Item 1. | Legal Proceedings | 42 |
| Item 1A. | Risk Factors | 42 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 42 |
| Item 3. | Defaults Upon Senior Securities | 42 |
| Item 4. | Mine Safety Disclosures | 42 |
| Item 5. | Other Information | 42 |
| Item 6. | Exhibits | 42 |
| Signatures | | 43 |

2

**Use of Terms**

Except as otherwise indicated by the context, references in this report to "we," "us," "our," "our Company," "the Company," "IDEX," or "Ideanomics," are to the business of Ideanomics, Inc. (formerly known as "Seven Star Cloud Group, Inc.," "SSC" and "Wecast Network, Inc."), a Nevada corporation, and its consolidated subsidiaries and variable interest entities.

In addition, unless the context otherwise requires and for the purposes of this report only:

- "DBOT" refers to the Delaware Board of Trade Holdings, Inc which is holding company for the Company's FINRA Registered Broker Dealer. The Company owns 99% of the share capital Delaware Board of Trade Holdings, Inc.;
- "Exchange Act" refers to the Securities Exchange Act of 1934, as amended;
- "EV" refers to electric vehicles, particularly battery operated electric vehicles;
- "FINRA" refers to the Financial Industry Regulatory Authority;
- "HK SAR" refers to the Hong Kong Special Administrative Region of the People's Republic of China;
- "Intelligenta" refers to the BDCG joint venture which was rebranded as Intelligenta. As part of the rebranding, Intelligenta's strategy will now include AI solutions to enhance corporation services, index services and products, and capital market services and products;
- "Legacy YOD" business refers to the premium content and integrated value-added service solutions for the delivery of VOD (defined below) and paid video programing to digital cable providers, Internet Protocol Television ("IPTV") providers, Over-the-Top ("OTT") streaming providers, mobile manufacturers and operators, as well as direct customers;
- "MEG" refers to Mobile Energy Global the subsidiary that holds all of the Company's electric vehicles investments;
- "Renminbi" and "RMB" refer to the legal currency of the PRC;
- "SEC" refers to the United States Securities and Exchange Commission;
- "Securities Act" refers to the Securities Act of 1933, as amended;
- "SSF" refers to Tianjin Sevenstarflix Network Technology Limited, a PRC company controlled by YOD Hong Kong through contractual arrangements;
- "Sinotop Beijing" refers to Beijing Sino Top Scope Technology Co., Ltd., a PRC company controlled by YOD Hong Kong through contractual arrangements;
- "U.S. dollars," "dollars," "USD," "US$," and "$" refer to the legal currency of the United States;
- "U.S. Tax Reform" refers to the Tax Cuts and Jobs Act, enacted by the United States of America on December 22, 2017;
- "VIEs" refers to our variable interest entities Sinotop Beijing, and SSF;
- "VOD" refers to video on demand, which includes near video on demand ("NVOD"), subscription video on demand ("SVOD"), and transactional video on demand ("TVOD");
- "Mobile Energy Group Services" business unit refers to all other operations other than Legacy YOD business;
- "Wecast SH" refers to Shanghai Wecast Supply Chain Management Limited, a PRC company that is 51% owned by the Company;
- "Wide Angle" refers to Wide Angle Group Limited, a Hong Kong company that is 55% owned by the Company;
- "YOD Hong Kong" refers to YOU On Demand (Asia) Limited, formerly Sinotop Group Limited, a Hong Kong company, which is wholly- owned by CB Cayman;
- "YOD WFOE" refers to YOU On Demand (Beijing) Technology Co., Ltd., a PRC company and a "wholly foreign-owned enterprise," which is wholly-owned by YOD Hong Kong; and
- "SSSIG" refers to Sun Seven Stars Investment Group Limited, a British Virgin Islands corporation, an affiliate of Dr. Wu.

The Company's independent registered public accounting firm's report of the financial statements for year ended December 31, 2019, contained an explanatory paragraph regarding the Company's ability to continue as a going concern.

*Effects of Inflation*

Inflation and changing prices have had an effect on the business and management expects that inflation or changing prices could materially affect the business in the foreseeable future. Company management will closely monitor the price changes and make efforts to maintain effective cost control in operations.

*Off-Balance Sheet Arrangements*

Off-balance sheet arrangements are obligations the Company has with nonconsolidated entities related to transactions, agreements or other contractual arrangements.

The Company does not have other off-balance sheet arrangements that have or are reasonably likely to have a current or future effect on the Company's financial condition, changes in financial condition, revenues or expenses, results of operations, liquidity or capital expenditures or capital resources that is material to an investor in its securities.

*Contractual Obligations and Commitments*

The tabular presentation of contractual obligations is not required for Smaller Reporting Companies.

*Seasonality*

The Company's MEG division operates in the market for fleet sales of commercial EVs and the Company expects that orders and sales will be influenced by the amount and timing of budgeted expenditure by its customers. Typically, the Company would expect to see higher sales at the start of the year when companies start executing on their capital programs and at the end of the year when companies are spending any surplus or uncommitted budget before the new budget cycle commences. The Company's MEG business unit is building out its network and has not generated sufficient orders to allow it to establish with any degree of certainty an expected pattern of seasonality.

**OUTLOOK**

The Company anticipates that its MEG business unit will be the largest contributor to revenues in 2020. The rate at which the MEG business unit grows is highly correlated with the development of financing structures for fleet purchases of commercial EVs and the speed at which business in the PRC and the rest of Asia returns to pre Covid-19 levels.

The Company will continue to seek ways to deploy its DBOT Alternative Trading System ("ATS") as a platform for the issuance of digital securities and tokens, trading of commodities and origination and distribution of private placements. The Company does not anticipate that DBOT will generate material amounts of revenue in 2020 due to the developmental stage the business is in.

*Environmental Matters*

The Company is subject to various federal, state and local laws and regulations governing, among other things, hazardous materials, environmental contamination and the protection of the environment. The Company has made, and expects to make in the future, expenditures to comply with such laws and regulations, but cannot predict the full amount of such future expenditures. The Company may also incur fines and penalties from time to time associated with noncompliance with such laws and regulations. In 2018, the Company accrued $8.0 million accrued for asset retirement obligations, which are related to the legal contractual obligation in connection with the acquisition of Fintech Village.

*New Accounting Pronouncements*

Information regarding new accounting pronouncements is included in Note 2 to the Consolidated Financial Statements.

**Item 3. Quantitative and Qualitative Disclosures about Market Risk**

The Company is a smaller reporting company as defined by Rule 12b-2 of the Securities Exchange Act of 1934 and is not required to provide the information under this item.