# EXHIBIT 6

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 2020-03-16 | 0.38 | 0.4 | 0.33 | 0.3753 | 843089 |
| 2020-03-17 | 0.4 | 0.4 | 0.329 | 0.3844 | 694933 |
| 2020-03-18 | 0.355 | 0.38 | 0.28 | 0.32 | 918054 |
| 2020-03-19 | 0.32 | 0.4173 | 0.3 | 0.4173 | 1256988 |
| 2020-03-20 | 0.4254 | 0.92 | 0.41 | 0.5605 | 8287325 |
| 2020-03-23 | 0.65 | 0.74 | 0.4531 | 0.55 | 2491085 |
| 2020-03-24 | 0.5715 | 0.6 | 0.5011 | 0.6 | 770991 |
| 2020-03-25 | 0.5394 | 0.72 | 0.525 | 0.6831 | 1677077 |
| 2020-03-26 | 0.66 | 1.06 | 0.65 | 1.03 | 4466194 |
| 2020-03-27 | 0.97 | 1.02 | 0.9131 | 0.98 | 2945878 |
| 2020-03-30 | 0.9 | 1.18 | 0.8 | 1.16 | 2923726 |
| 2020-03-31 | 1.16 | 1.35 | 1.12 | 1.34 | 3530015 |
| 2020-04-01 | 1.31 | 1.33 | 0.9166 | 0.9398 | 6102507 |
| 2020-04-02 | 0.9867 | 1.06 | 0.7791 | 0.9085 | 1244854 |
| 2020-04-03 | 0.9022 | 0.9978 | 0.8265 | 0.8694 | 401705 |
| 2020-04-06 | 1 | 1.03 | 0.9 | 0.9723 | 812513 |
| 2020-04-07 | 1.02 | 1.02 | 0.88 | 0.9038 | 807398 |
| 2020-04-08 | 0.95 | 0.9548 | 0.831 | 0.85 | 772114 |
| 2020-04-09 | 0.8609 | 0.8997 | 0.7582 | 0.82 | 848006 |
| 2020-04-13 | 0.82 | 0.8427 | 0.7859 | 0.7935 | 337288 |
| 2020-04-14 | 0.8007 | 0.8198 | 0.7511 | 0.7607 | 506322 |
| 2020-04-15 | 0.75 | 0.76 | 0.6712 | 0.6758 | 628897 |
| 2020-04-16 | 0.68 | 0.7256 | 0.65 | 0.6594 | 538008 |
| 2020-04-17 | 0.7141 | 0.7141 | 0.63 | 0.6396 | 534592 |
| 2020-04-20 | 0.62 | 0.64 | 0.5901 | 0.5921 | 512389 |
| 2020-04-21 | 0.6032 | 0.69 | 0.59 | 0.6392 | 505689 |
| 2020-04-22 | 0.75 | 0.97 | 0.6656 | 0.7129 | 2993150 |
| 2020-04-23 | 0.7012 | 0.7192 | 0.66 | 0.6879 | 431727 |
| 2020-04-24 | 0.6879 | 0.7183 | 0.6119 | 0.6711 | 964715 |
| 2020-04-27 | 0.7001 | 0.8 | 0.652 | 0.8 | 818480 |
| 2020-04-28 | 0.81 | 0.82 | 0.6605 | 0.7214 | 936659 |
| 2020-04-29 | 0.7251 | 0.7419 | 0.6215 | 0.6401 | 1523114 |
| 2020-04-30 | 0.6525 | 0.67 | 0.6 | 0.6024 | 1251431 |
| 2020-05-01 | 0.64 | 0.64 | 0.5851 | 0.6185 | 1028620 |
| 2020-05-04 | 0.6 | 0.6 | 0.58 | 0.5856 | 850202 |
| 2020-05-05 | 0.588 | 0.6 | 0.52 | 0.548 | 1353236 |
| 2020-05-06 | 0.55 | 0.5829 | 0.525 | 0.5419 | 818837 |
| 2020-05-07 | 0.55 | 0.5699 | 0.51 | 0.521 | 1287936 |
| 2020-05-08 | 0.54 | 0.5424 | 0.5 | 0.525 | 1250843 |
| 2020-05-11 | 0.5589 | 0.5589 | 0.463 | 0.49 | 2859081 |
| 2020-05-12 | 0.45 | 0.4602 | 0.42 | 0.4377 | 1505545 |
| 2020-05-13 | 0.4377 | 0.4576 | 0.3836 | 0.4 | 1293785 |
| 2020-05-14 | 0.398 | 0.42 | 0.39 | 0.41 | 540455 |
| 2020-05-15 | 0.44 | 0.44 | 0.405 | 0.4268 | 605038 |
| 2020-05-18 | 0.44 | 0.4948 | 0.43 | 0.48 | 1955240 |
| 2020-05-19 | 0.4675 | 0.51 | 0.4317 | 0.4573 | 4160986 |
| 2020-05-20 | 0.4475 | 0.495 | 0.44 | 0.495 | 1306747 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 2020-05-21 | 0.47 | 0.47 | 0.392 | 0.4093 | 4078949 |
| 2020-05-22 | 0.455 | 0.458 | 0.395 | 0.4185 | 10521620 |
| 2020-05-26 | 0.4203 | 0.47 | 0.4005 | 0.4176 | 10195820 |
| 2020-05-27 | 0.42 | 0.4298 | 0.41 | 0.427 | 4816374 |
| 2020-05-28 | 0.421 | 0.425 | 0.402 | 0.4087 | 3485736 |
| 2020-05-29 | 0.4087 | 0.411 | 0.3825 | 0.3938 | 3681726 |
| 2020-06-01 | 0.38 | 0.4199 | 0.37 | 0.3962 | 5892588 |
| 2020-06-02 | 0.3951 | 0.4 | 0.378 | 0.3879 | 1894966 |
| 2020-06-03 | 0.3978 | 0.3978 | 0.371 | 0.38 | 3255030 |
| 2020-06-04 | 0.381 | 0.4085 | 0.3725 | 0.38 | 10133390 |
| 2020-06-05 | 0.4 | 0.52 | 0.3819 | 0.4701 | 27124100 |
| 2020-06-08 | 0.6646 | 0.7595 | 0.55 | 0.62 | 26298330 |
| 2020-06-09 | 1.02 | 1.44 | 0.84 | 1.02 | 107215400 |
| 2020-06-10 | 1.15 | 1.28 | 0.98 | 1.18 | 54762620 |
| 2020-06-11 | 1.1 | 1.15 | 1 | 1.09 | 22238450 |
| 2020-06-12 | 1.19 | 1.19 | 1.05 | 1.14 | 13942480 |
| 2020-06-15 | 1.15 | 1.16 | 1.08 | 1.1 | 16871910 |
| 2020-06-16 | 1.17 | 1.26 | 1.1 | 1.19 | 24613460 |
| 2020-06-17 | 1.25 | 2.4 | 1.19 | 2.02 | 177944700 |
| 2020-06-18 | 2.16 | 2.56 | 1.81 | 2.06 | 117469700 |
| 2020-06-19 | 2.27 | 2.27 | 2.03 | 2.22 | 51945630 |
| 2020-06-22 | 2.81 | 3.98 | 2.6 | 3.29 | 362851300 |
| 2020-06-23 | 3.07 | 3.24 | 2.85 | 2.99 | 95310940 |
| 2020-06-24 | 2.8 | 3.19 | 2.28 | 3.09 | 74292320 |
| 2020-06-25 | 2.95 | 2.95 | 2.32 | 2.44 | 87765040 |
| 2020-06-26 | 1.95 | 2 | 1.2 | 1.46 | 170809900 |
| 2020-06-29 | 1.78 | 2.3 | 1.65 | 2.09 | 150672700 |
| 2020-06-30 | 2.18 | 2.48 | 1.89 | 2.01 | 90764830 |
| 2020-07-01 | 1.75 | 1.89 | 1.55 | 1.725 | 49477260 |
| 2020-07-02 | 1.67 | 1.69 | 1.44 | 1.53 | 41741580 |
| 2020-07-06 | 1.51 | 1.52 | 1.36 | 1.42 | 27711750 |
| 2020-07-07 | 1.345 | 1.37 | 1.25 | 1.26 | 20231660 |
| 2020-07-08 | 1.27 | 1.76 | 1.22 | 1.56 | 64075010 |
| 2020-07-09 | 1.5 | 1.56 | 1.38 | 1.43 | 22749690 |
| 2020-07-10 | 1.38 | 1.49 | 1.32 | 1.38 | 14256520 |
| 2020-07-13 | 1.36 | 1.4 | 1.3 | 1.3 | 16481140 |
| 2020-07-14 | 1.28 | 1.28 | 1.16 | 1.22 | 12412590 |
| 2020-07-15 | 1.25 | 1.35 | 1.23 | 1.3 | 10131500 |
| 2020-07-16 | 1.27 | 1.29 | 1.22 | 1.27 | 7494784 |
| 2020-07-17 | 1.3 | 1.43 | 1.24 | 1.33 | 21520630 |
| 2020-07-20 | 1.35 | 1.48 | 1.3 | 1.46 | 16807950 |
| 2020-07-21 | 1.52 | 1.57 | 1.37 | 1.4 | 13045970 |
| 2020-07-22 | 1.36 | 1.44 | 1.325 | 1.35 | 9430497 |
| 2020-07-23 | 1.35 | 1.36 | 1.3 | 1.3 | 7131717 |
| 2020-07-24 | 1.29 | 1.34 | 1.27 | 1.29 | 5494420 |
| 2020-07-27 | 1.32 | 1.32 | 1.24 | 1.25 | 7444037 |
| 2020-07-28 | 1.24 | 1.34 | 1.22 | 1.31 | 8310676 |
| 2020-07-29 | 1.28 | 1.34 | 1.24 | 1.32 | 7803586 |

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 2020-07-30 | 1.3 | 1.65 | 1.29 | 1.43 | 33661040 |
| 2020-07-31 | 1.48 | 1.55 | 1.42 | 1.47 | 8849643 |
| 2020-08-03 | 1.54 | 1.72 | 1.51 | 1.64 | 20834490 |
| 2020-08-04 | 1.66 | 1.66 | 1.37 | 1.42 | 15828020 |
| 2020-08-05 | 1.48 | 1.65 | 1.45 | 1.62 | 11514510 |
| 2020-08-06 | 1.64 | 1.68 | 1.56 | 1.66 | 8417784 |
| 2020-08-07 | 1.67 | 1.67 | 1.51 | 1.63 | 10203110 |
| 2020-08-10 | 1.84 | 1.85 | 1.73 | 1.78 | 25105700 |
| 2020-08-11 | 1.42 | 1.45 | 1.32 | 1.36 | 20880900 |
| 2020-08-12 | 1.34 | 1.49 | 1.27 | 1.42 | 16932000 |
| 2020-08-13 | 1.38 | 1.38 | 1.3 | 1.32 | 8258780 |
| 2020-08-14 | 1.32 | 1.38 | 1.3 | 1.33 | 5541852 |
| 2020-08-17 | 1.32 | 1.32 | 1.28 | 1.28 | 7023432 |
| 2020-08-18 | 1.275 | 1.28 | 1.2 | 1.23 | 9766283 |
| 2020-08-19 | 1.213 | 1.23 | 1.19 | 1.21 | 5392791 |
| 2020-08-20 | 1.21 | 1.45 | 1.105 | 1.4 | 23968850 |
| 2020-08-21 | 1.37 | 1.39 | 1.22 | 1.23 | 8901321 |
| 2020-08-24 | 1.26 | 1.27 | 1.2 | 1.2 | 5347137 |
| 2020-08-25 | 1.222 | 1.3 | 1.18 | 1.26 | 8960360 |
| 2020-08-26 | 1.28 | 1.3 | 1.25 | 1.28 | 4495578 |
| 2020-08-27 | 1.27 | 1.38 | 1.26 | 1.29 | 7689228 |
| 2020-08-28 | 1.299 | 1.3 | 1.26 | 1.28 | 3171005 |
| 2020-08-31 | 1.31 | 1.32 | 1.25 | 1.28 | 5277085 |
| 2020-09-01 | 1.26 | 1.27 | 1.21 | 1.25 | 5224638 |
| 2020-09-02 | 1.23 | 1.29 | 1.2 | 1.25 | 6088302 |
| 2020-09-03 | 1.265 | 1.28 | 1.2 | 1.2 | 4408238 |
| 2020-09-04 | 1.19 | 1.2 | 1.05 | 1.16 | 7197104 |
| 2020-09-08 | 1.1 | 1.14 | 1.07 | 1.08 | 5121425 |
| 2020-09-09 | 1.11 | 1.14 | 1.08 | 1.11 | 3409303 |
| 2020-09-10 | 1.16 | 1.16 | 1.1 | 1.1 | 3579836 |
| 2020-09-11 | 1.076 | 1.11 | 1.03 | 1.09 | 5287355 |
| 2020-09-14 | 1.085 | 1.22 | 1.05 | 1.21 | 7217902 |
| 2020-09-15 | 1.11 | 1.19 | 1.08 | 1.12 | 12095720 |
| 2020-09-16 | 1.08 | 1.09 | 1.05 | 1.08 | 6878680 |
| 2020-09-17 | 1.05 | 1.08 | 0.95 | 1.04 | 6887131 |
| 2020-09-18 | 1.0375 | 1.04 | 0.9901 | 1.01 | 6069463 |
| 2020-09-21 | 0.9999 | 1 | 0.915 | 0.9718 | 7538537 |
| 2020-09-22 | 0.93 | 0.95 | 0.9 | 0.9137 | 6769306 |
| 2020-09-23 | 0.9 | 0.908 | 0.81 | 0.8101 | 12442230 |
| 2020-09-24 | 0.84 | 0.93 | 0.8209 | 0.8685 | 11281830 |
| 2020-09-25 | 0.9 | 1.04 | 0.8737 | 0.97 | 13520800 |