# EXHIBIT 7

Case 1:20-cv-04944-GBD   Document 88-7   Filed 05/06/21   Page 2 of 6



## Tweet

Search Twitter

# Explore

# Settings

**Dave Portnoy** @stoolpresidente · Jun 22, 2020
RETAIL BROS NAILED THIS ONE.   $idex UP 75%.   MEANWHILE THE SUITS MOVING LIKE SNAILS ON THEIR DIAL UP CONNECTIONS MAD ABOUT NO FEE TRADES BUYING AND SELLING IBM

> **Stock Lizard King** @StockLizardKing · Jun 22, 2020
> $IDEX touched $3 LETS FUCKING GO. This shotgun is just the warmup. I have to drive soon. Have to be responsible. The show starts in after hours
>
> Show this thread
>
> 0:10  175.7K views

49      ⟲ 93      ♡ 843

## Replies

**Best Day Ever Coffee Co.** @BDECoffee · Jun 22, 2020
Replying to @stoolpresidente
Why are they so mad? #DDTG army is taking over!

⟲      ♡ 1

**Evan** @Bvrzoo · Jun 22, 2020
Replying to @stoolpresidente

⟲      ♡ 1

**Paul J. Herrmann III** @PaulJHerrmann5 · Jun 22, 2020
Replying to @stoolpresidente
$IDEX to $4-$5 would be amazing

⟲      ♡ 4

View more replies

## More Tweets

**Dave Portnoy** @stoolpresidente · Apr 5
#bigthings

**New to Twitter?**
Sign up now to get your own pers

Sign up

**Relevant people**

**Dave Portnoy**
@stoolpresidente
El Presidente/3 time
survivor. I own a tor
not a financial advis
anything I say abou
DDTG Global

**Stock Lizard King**
@StockLizardKing
Stock Trader    • S
Crypto News & Res
@TheLizardMarket
of LKTG    • Link B
Not Financial Advic

**What's happening**

US national news · Yesterday
**Witnesses and use-of-force
experts testified on Day 7 o
Derek Chauvin murder tria**

Trending in United States
**#askdream**
DreamSMP is inundated with
fans
42.1K Tweets

Trending in United States
**Wattpad**
52.6K Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Washington, DC**

British GLAMOUR ✔ · Last r
**Kim Kardashian is officially
billionaire**

Show more

Terms of Service   Privacy Policy
Ads info   More …   © 2021 Twit

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

https://twitter.com/stoolpresidente/status/1275105240380030977?lang=en                                                    1/5

Case 1:20-cv-04944-GBD   Document 88-7   Filed 05/06/21   Page 3 of 6



Case 1:20-cv-04944-GBD   Document 88-7   Filed 05/06/21   Page 4 of 6

Dave Portnoy on Twitter: "E-TRADE BOYS NAILED THIS ONE. Stock UP 75%. MEANWHILE THE SUITS MOVING LIKE SNAILS ON THEI…

Explore

Settings

Search Twitter

GIF

44    🔁 71    ♡ 4.5K

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    S

4/7/2021

Dave Portnoy on Twitter: "YES ALL BOOBS NAILED THIS ONE. ..bias-UP 75%. MEANWHILE I'LL SUITS MOVING LIKE SNAILS ON THEI…

Case 1:20-cv-04944-GBD  Document 88-7  Filed 05/06/21  Page 5 of 6

Explore

Settings

Q   Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in                      S

Case 1:20-cv-04944-GBD   Document 88-7   Filed 05/06/21   Page 6 of 6

Explore

Settings

**Don't miss what's happening**

People on Twitter are the first to know.

Log in          S