# EXHIBIT 10



**Hindenburg Research** @Hindenburg Res · 20m

Our investigator visited $IDEX's supposed MEG sales center. Pic from this week.

The facility is actually operated by almost 100 sales groups. None of those we spoke with heard of $IDEX or MEG.

We spoke to the main office (in a recorded conversation) and they confirmed the same.

💬 3          ↻ 6          ♡ 13          ↑