# EXHIBIT 11

Case 1:20-cv-04944-GBD　　Document 88-11　　Filed 05/06/21　　Page 2 of 15

# Ideanomics Walks Back 1m Sq Ft Claims Today; Our Visit To IDEX's "MEG" Facility Shows Zero Company Presence

Published on June 26, 2020

## GET OUR LATEST REPORTS DELIVERED TO YOUR INBOX

email address　　　　　SUBSCRIBE

Yesterday, we issued research (https://twitter.com/HindenburgRes/status/1276168353061711873?s=20) on Ideanomics that showed:

1. The company doctored images of its supposed electric vehicle sales operation (called the "MEG" center) to make it seem as though the company owned/operated the facility.
2. That management and other vendors of the facility told us they had never heard of MEG or Ideanomics.

Today's response shows IDEX walking back some of its previous claims about its "MEG" center, where it purportedly is selling EVs in Qingdao.

Prior to today, the company has repeatedly referred to its facility in numerous press releases as a "1 million square feet EV hub".

Case 1:20-cv-04944-GBD　Document 89-11　Filed 05/06/21　Page 3 of 15

For example, the company's May 26 press release (https://investors.ideanomics.com/2020-05-26-Ideanomics-MEG-EV-Center-in-Qingdao-Opens-for-Operations-and-Revenues-to-Begin-This-Month) **clearly says: "The MEG Center is a one million square foot EV expo center in Qingdao, Shandong Province."**

But in the company's press release today (https://www.prnewswire.com/news-releases/ideanomics-clarifies-status-of-its-ev-hub-in-qingdao-301084330.html), IDEX backtracks and says it is launching three phases of its MEG center that will eventually total one million square feet. The first phase, it claims, occupies only 215,000 square feet.

But the company's June 9 press release (https://investors.ideanomics.com/2020-06-09-Over-2-100-Vehicles-Sold-at-Ideanomics-MEG-Center-in-May), issued as IDEX stock was pumping higher, **also says nothing about opening in three phases**. Instead, it **boasts "As a reminder, the MEG Center in Qingdao began operations on May 1."**

The company's May 26 press release (https://investors.ideanomics.com/2020-05-26-Ideanomics-MEG-EV-Center-in-Qingdao-Opens-for-Operations-and-Revenues-to-Begin-This-Month) follows up by saying: "The MEG Center in Qingdao now hosts a full suite of car dealer services for new energy and used cars with a capacity of 18,000 vehicles onsite. It offers a one-stop buying experience that includes financial services and onsite vehicle registration services."

Further, in the company's press release today (https://www.prnewswire.com/news-releases/ideanomics-clarifies-status-of-its-ev-hub-in-qingdao-301084330.html) it posted an aerial view of the supposed MEG Center.

That video was apparently pulled from this YouTube account which posted the video two weeks ago: https://www.youtube.com/watch?v=cx-uqvn5UOg (https://www.youtube.com/watch?v=cx-uqvn5UOg)

The video is drone footage of the outside of the entire facility. We think the reason the company isn't posting video from INSIDE the facility is because such video shows they have absolutely no presence on site whatsoever.

**So in response, we are posting our video of the inside of the "MEG" center**, which is actually called the Qingdao Fidelity International Trade City (or 富达国际商贸城 in Chinese), **which shows only few cars for sale, and no sign of the company on site.**

Case 1:20-cv-04944-GBD   Document 88-11   Filed 05/06/21   Page 4 of 15

[CLICK HERE TO SEE VIDEO] (https://www.youtube.com/watch?
v=BGC5GtDsAnU&feature=youtu.be)

In short, we think the company has fabricated its supposed sales center, and altered images in
its press releases to make it seem that it operates the facility.

We continue to believe, as we stated yesterday, that the company is engaged in flagrant
securities fraud and that it's stock will wind up in the pennies or halted by regulators.

# Disclosure: We Remain Short Shares of Ideanomics (NASDAQ:IDEX)

## Legal Disclaimer

*Use of Hindenburg Research's research is at your own risk. In no event should Hindenburg Research
or any affiliated party be liable for any direct or indirect trading losses caused by any information in
this report. You further agree to do your own research and due diligence, consult your own financial,
legal, and tax advisors before making any investment decision with respect to transacting in any
securities covered herein. You should assume that as of the publication date of any short-biased
report or letter, Hindenburg Research (possibly along with or through our members, partners,
affiliates, employees, and/or consultants) along with our clients and/or investors has a short position
in all stocks (and/or options of the stock) covered herein, and therefore stands to realize significant
gains in the event that the price of any stock covered herein declines. Following publication of any
report or letter, we intend to continue transacting in the securities covered herein, and we may be
long, short, or neutral at any time hereafter regardless of our initial recommendation, conclusions,
or opinions. This is not an offer to sell or a solicitation of an offer to buy any security, nor shall any
security be offered or sold to any person, in any jurisdiction in which such offer would be unlawful
under the securities laws of such jurisdiction. Hindenburg Research is not registered as an
investment advisor in the United States or have similar registration in any other jurisdiction. To the
best of our ability and belief, all information contained herein is accurate and reliable, and has been
obtained from public sources we believe to be accurate and reliable, and who are not insiders or
connected persons of the stock covered herein or who may otherwise owe any fiduciary duty or duty
of confidentiality to the issuer. However, such information is presented "as is," without warranty of
any kind – whether express or implied. Hindenburg Research makes no representation, express or
implied, as to the accuracy, timeliness, or completeness of any such information or with regard to
the results to be obtained from its use. All expressions of opinion are subject to change without
notice, and Hindenburg Research does not undertake to update or supplement this report or any of
the information contained herein.*

Posted in Uncategorized (https://hindenburgresearch.com/category/uncategorized/) ·

# 32 thoughts on "Ideanomics Walks Back 1m Sq Ft Claims Today; Our Visit To IDEX's "MEG" Facility Shows Zero Company Presence"

### Jack says:

*June 26, 2020 at 9:15 am (https://hindenburgresearch.com/ideanomics/#comment-36287)*

Did u do research on Bruno wu's history, about a now delisted stock at Hong Kong, at that time he use the listed company to make many transaction with his own unlisted company, and eventually get out from the game. It's also happen at Ideanomics, FinTalk for example.

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36287#respond)

### Joe P says:

*June 26, 2020 at 11:44 pm (https://hindenburgresearch.com/ideanomics/#comment-36309)*

Wrong. Idex showed their proof and orders and dismissed this b.s. company's claims. You're an idiot that listened and dumped your shares I bet. How could all the analysts be wrong who sit in on these companies meetings and due their due diligence and it's their job. This company spreads false rumors to short stocks. Are you that dense you can't see that. So what if he had a company in Hong Kong have something happen to it… if that's true I don't buy it I searched, but nonetheless you and this fraudulant J company are morons. I may thank these greedy J's tho b/c I bought tons at cheap so when I clean up after these idiots like you and the millenials on Robinhood research b4 dumping, buy back I will be back to thank you idiots. Get a clue both of you. And Hindenberg I hope you all die of Covid. And I see you are now going after GNUS. I swear I will do the time for the crime I will commit against you if you post another pre proofed false story to short a stock. You clowns. Get a life.

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36309#respond)

### Jose L Esquilin Esquilin says:

*July 11, 2020 at 11:32 am (https://hindenburgresearch.com/ideanomics/#comment-36698)*

Case 1:20-cv-04944-GBD Document 88-11 Filed 05/06/21 Page 6 of 15

Haha, that's why there are getting sued? Did you know how to read???? and research? lol another bag holder!!

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36698#respond)

### Lick my balls (http://hindenburg%20research%20my.balls.) says:

*June 26, 2020 at 1:37 pm (https://hindenburgresearch.com/ideanomics/#comment-36296)*

Lick my balls i will sue your ass for all that false accusations

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36296#respond)

### Joe P says:

*June 26, 2020 at 11:36 pm (https://hindenburgresearch.com/ideanomics/#comment-36308)*

I think I read you correctly that you are talking to these Hindenburg clowns. I hope so otherwise never mind but if so I am right there with you. They make these claims without allowing the company to respond. And by the time IDEX did respond it was already buried. This "research company" Hindenburg should go the way of it's namesake and crash and all die. IDEX is legit but since the Hberg J's shorted it and tweeted it and it caught on all the millenials on Robinhood and so forth dumped it so they needed it to crash and they made millions. This hack company should be sued out the ass. Hindeburg you aholes should be ashamed and held accountable. B/c when shorts get suspicious and lose b/c a stock goes up they thought was going down they cry like little Dem babies and call Law firms which NEVER pans out btw. But you think it's ok for you to do this??? Cost me thousands of $ and no one, esp a J company F's w/ my $. Go to hell you frauds. If I could get my hands on whoever typed that Tweet I swear I will be glad to do my time for the crime I would do to you. F you up p@ssies. And again I hope you all die of Covid. Hindenberg you have my email please contact me anytime I'd love to come at you you punk bitches.

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36308#respond)

Case 1:20-cv-04944-GBD Document 88-11 Filed 05/06/21 Page 7 of 15

**Hatteras** says:

*June 27, 2020 at 7:31 pm (https://hindenburgresearch.com/ideanomics/#comment-36337)*

Wow… Somebody is upset for Hindenburg calling out questionable circumstances and all "Joe P" can due is threaten and claim Democrats are the problem. Super crazy at this point…it's as if false news is only beneficial if it pertains to those with $ on the line when the "truth' is questionable. Hmmm…wonder what happens to Companies when Repubs decide to pull out? Same shit, different ideological sides. Weeeeee!!!

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36337#respond)

**Concerned Investor** says:

*June 27, 2020 at 4:32 pm (https://hindenburgresearch.com/ideanomics/#comment-36335)*

Did anyone find out where the money from this deal went?

https://www.prnewswire.com/news-releases/seven-stars-cloud-signs-exclusive-ground-breaking-three-year-24b-deal-with-chinas-largest-electric-bus-full-service-operator-300699270.html (https://www.prnewswire.com/news-releases/seven-stars-cloud-signs-exclusive-ground-breaking-three-year-24b-deal-with-chinas-largest-electric-bus-full-service-operator-300699270.html)

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36335#respond)

**B** says:

*June 27, 2020 at 5:09 pm (https://hindenburgresearch.com/ideanomics/#comment-36336)*

Case 1:20-cv-04944-GBD   Document 88-11   Filed 05/06/21   Page 8 of 15

Nice job Hindenburg…this was, and is an obvious P&D…you caught it before they could announce the 250million offering that's yet to be priced by the Company. Staying far away from this cluster "F"!

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36336#respond)

**ShougNight** says:

*June 27, 2020 at 8:17 pm (https://hindenburgresearch.com/ideanomics/#comment-36339)*

From their own disclaimer above:
"To the best of our ability and belief, all information contained herein is accurate and reliable, and has been obtained from public sources we believe to be accurate and reliable…"
"…However, such information is presented "as is," without warranty of any kind – whether express or implied. Hindenburg Research makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use."

So, fraud for profit, essentially.

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36339#respond)

**Brad** says:

*June 28, 2020 at 10:18 am (https://hindenburgresearch.com/ideanomics/#comment-36360)*

Hindenburg Research exists for the purpose of creating a false narrative so they can tank stocks then short said stocks. Hope you wind up in jail you POS

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36360#respond)

**Joe P** says:

*June 28, 2020 at 1:26 pm (https://hindenburgresearch.com/ideanomics/#comment-36364)*

This is an obvious cash grab by short sellers. They do it to EVERY stock. It's despicable they did this b4 allowing the company to respond to claims. If u read their response after the fact Hi denburg wasn't even calling the right ppl. I just hate short sellers bc they need to be shady in bull market n use shady tactics like this. So ur saying all analysts who sit in on these Co's meetings n look thru their financials are wrong but an unknown short seller tweet is right? Ok good call.

If Wu had sed somthg undocumented like these fools the shorts wud b running to law firms as always. Well no one knows the real deal esp ppl like us so lets see how this pans out homie. I'm independent btw so its not left or right my comment. But Dems hate Trump obviously n hence a good market so wud stand to reason they have hand in scare tactic fake news bullshit just like they do in non market matters. JMO. Or r we not allowed to do that anymore either.

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36364#respond)

**short** says:

*June 29, 2020 at 5:26 am (https://hindenburgresearch.com/ideanomics/#comment-36396)*

Provide a video and not pictures and you might be more believable. Short will end up in court otherwise

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36396#respond)

**Joe P** says:

*June 29, 2020 at 9:49 am (https://hindenburgresearch.com/ideanomics/#comment-36402)*

Yes thank you. IDEX anyone? Thx Idiotburg for tanking stock like I sed to 1 of those other morons allowed us all to load up on super dips n cleaning the F up on this stock thx to this horseshit "research" co. Frauds n liars. Idex up 60% as I type. Good call Hi ndenburg. Just like the air ship u r crashing n burning. Eat a dick all u shorts.

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36402#respond)

**Glenn** says:

*June 29, 2020 at 10:10 am (https://hindenburgresearch.com/ideanomics/#comment-36403)*

Case 1:20-cv-04944-GBD   Document 88-11   Filed 05/06/21   Page 10 of 15

Aahhh, the pain of the novice trader… This site reeks of it! But if you little Robinhood idiots would commit yourselves to actually reading the various press releases from the P&D companies (Ideanomics in this case), you would see that there is nothing worth buying here, and, provided there is still outstanding shares left, short sell it as a concentrated portfolio position.

You will note that the company responded to Hindenburg with "signed"sheets of paper (all of which conveys a level of professionalism comparable to what's expected of a high school student trying to get out of detention), yet not one article explaining why half the lawyers in lower Manhattan are still processing with their and the class's legal action against the fraud off the company. Reading Ideametrics PRs and you're greeted with an endless parade of lawsuits against the company, none of which are being challenged by the company. That's because about 1/3rd of what the company is publishing in the PRs is true, with the remainder being false.

Not a single lawsuit is being challenged in court, not is there any effort being made to challenge. And these "business partners"? Nothing but single sheets of paper, each with a description of less than a paragraph (!), Informally describing what vague business relationship the business partners have with ideanomics that would give even a second-tier auditor a coronary (or make him laugh too the point of hospitalization).

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36403#respond)

**Joe P** says:

*June 29, 2020 at 6:14 pm (https://hindenburgresearch.com/ideanomics/#comment-36412)*

Novice trader huh? That's the best u got? I am the one sed the Robinhood millennial morons r ones who listen to idiots like you n Hi denburg. Novice trader… Not that I care what u sed i got bored after 1st paragraph but I bought 1000s of shares ur fave fraud co. caused major dips to yest n I made $15000 on IDEX today when it was UP 60%. So shove novice up ur ass u don't know me U clown. Im out anyway, I never sed IDEX was next Amazon or Anythg but the slimy way u short dicks manipulate shit is disgusting n that was my beef. So thx again for ur lie n fraud Hindenburg I cleared more today than u do pal in a quarter u short liar. Ur just salty ur shorts got scorched today n everyday. U shorts keep thinking bear market coming back so all u got is lie tweets from horrible research co's. So I'm done w/ IDEX anyway. So have a nice life I'll think of u n hindenburned when I am spending my 15 G's. See ya novice. Have fun finding lies to create to short ur next co for a day.

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36412#respond)

Case 1:20-cv-04944-GBD    Document 88-11    Filed 05/06/21    Page 11 of 15

**Rabbit** says:

*June 29, 2020 at 11:20 pm (https://hindenburgresearch.com/ideanomics/#comment-36418)*

Read Tomorrows Hindenberg headlines today!
https://twitter.com/HindenburgRes/status/1277697431464022018
(https://twitter.com/HindenburgRes/status/1277697431464022018)

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36418#respond)

**Glenn** says:

*June 30, 2020 at 4:29 am (https://hindenburgresearch.com/ideanomics/#comment-36426)*

Joe P, before letting the door slam you on your way out, can you please answer me this? Why IDEX? Why acrappy, low-life of a penny stock that even in TD's profile has then changing corporate names three times? I mean there are two full exchanges full of great companies and what does Joe P do? The dumbass buys a go nowhere (except down) stock like IDEX. I just don't get it! But, no, Joe, your not the only dysfunctional retard pulling the Robinhood slot machine crank; with 100M trading average volume, there are a few others as well. But what is it that inspires them (and you) to do it? You KNOW it's a company run by lying corporate "officers" (how the fuck do you dimwits rationalize the 1M sqare foot warehouse? What internal mechanisms in that peanut you call a brain justify legitimacy in a company that so freely exaggerates? I'd like to know not just for curiosity's sake, but also so that I can find easier ways to exploit you ppl). You KNOW every lawyer east of the Mississippi have their talons dug deep in the company's paultry cash reserves. You KNOW that Biden stands a better chance at completing a coherent, logical sentence than this stock has at going up in price. YET YOU STILL BUY! Why? The "CEO" knows from personal experience that taking your money is done with less effort than taking candy from a baby ("a fool and his huge sums of money are soon parted… "), And he is well protected from the many layers of beaureauocracy that go with international commerce (therefore, he is laughing all the way to the WINS Financial bank with bag fulls of the money from people like you). Yet there will, at the end of the day, be yet another Robinhood novice, clicking on the "buy stock" tab at the end of the trading day. I just wanna know the discordant psychology behind it all. After all, 1 + 1 = 3 seems to make more sense!

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36426#respond)

**Tima** says:

*July 6, 2020 at 9:35 pm (https://hindenburgresearch.com/ideanomics/#comment-36589)*

You know BlackRock bought and is holding almost 5mil shares right? I mean no offense to your awesome trading power but I'm pretty sure BlackRock and 43 other institutions know a little bit more about the stock market than you do. Just sayin.

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36589#respond)

**p** says:

*June 30, 2020 at 7:59 am (https://hindenburgresearch.com/ideanomics/#comment-36428)*

dude Joe P did you read their financial statements THAT ANY HUMAN CAN DO?? on the SEC site…im shocked they are not arrested or someone didnt murk em…. DId you see how fucking stupid their interviews were…Where were the questions on the claims?? SET-up interviews???? He has one today at 1. june 30th….they assholes I was excited to make $ with them.

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36428#respond)

Pingback: Ideanomics Fires Back At Short-Selling Reports, And Other Positive Signs (NASDAQ:IDEX) – Finanz.dk (https://finanz.dk/ideanomics-fires-back-at-short-selling-reports-and-other-positive-signs-nasdaqidex/)

**Joe P** says:

*July 7, 2020 at 7:26 pm (https://hindenburgresearch.com/ideanomics/#comment-36619)*

Hey Gordon Gekko, if u read my other message I got out of IDEX after u clowns tanked it n I bought the shit out of the dips n was bought in at $1.10 on June 10th anyway. I made a killing. I forget when did making $ become stupid? I really don't have time for u moron short sellers. U r all just pissed ur getting scorched elsewhere. I've been done w/ IDEX like I sed the day after u lying bullshitting short dicks made a mess of the stock. I played this n u shorts perfect n u call me out? U fuckjobs r the ones that need to lie n make shit up about companies so Robin hood

Case 1:20-cv-04944-GBD   Document 88-11   Filed 05/06/21   Page 13 of 15

millenials sell sell sell to make ur $. So look in the mirror about trading tactics b4 u come at me u pretentious prick. I love how every1 is an expert. Have a nice life man seriously I'm done dealing w/ stupid assholes… I made $ wrong is what ur essential saying n a more moronic statement isn't possible.

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36619#respond)

---

**Michael.p** says:

*July 10, 2020 at 7:50 am (https://hindenburgresearch.com/ideanomics/#comment-36675)*

Hindenburg research are nothing but a bunch of goyim !!!!!!

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=36675#respond)

---

Pingback: Facedrive: A $1.4b ESG Stock Promotion with a Hollow Core Business, Flailing Business Pivots and Multi-Million Dollar Payments to an Opaque BVI Entity; 95% Downside – Hindenburg Research (https://hindenburgresearch.com/facedrive/)

Pingback: Facedrive: A $1.4B ESG Stock Promotion - ValueWalk (https://www.valuewalk.com/2020/07/facedrive-esg-stock-promotion/)

Pingback: Facedrive: A $1.4b ESG Stock Promotion with a Hollow Core Business | ResourceShark Blog (https://blog.resourceshark.com/facedrive-a-1-4b-esg-stock-promotion-with-a-hollow-core-business/)

Pingback: The Top 8 Penny Stocks to Buy for August Uncertainty – Conservative Investing News (https://conservativeinvestingnews.com/2020/08/05/the-top-8-penny-stocks-to-buy-for-august-uncertainty/)

Pingback: The Top 8 Penny Stocks to Buy for August Uncertainty – Darwin Wealth Creation (https://darwinwealthcreation.com/the-top-8-penny-stocks-to-buy-for-august-uncertainty/)

Pingback: The Top 8 Penny Stocks to Buy for August Uncertainty - Siomni™ (https://siomni.com/the-top-8-penny-stocks-to-buy-for-august-uncertainty/)

Pingback: A Stock Short Gone Wrong? | Burt Voss (https://bertgvoss.wordpress.com/2020/08/17/a-stock-short-gone-wrong/)

Case 1:20-cv-04944-GBD Document 88-11 Filed 05/06/21 Page 14 of 15

**David Jenkins (https://www.canadiancasinogambler.ca)** says:

*October 6, 2020 at 1:05 am (https://hindenburgresearch.com/ideanomics/#comment-40116)*

This stock well under $1 and the super fans daily talking about how its going to shoot to the moon any day now. Been the same story for months, this thing will be delisted long before it ever sees a big run.

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=40116#respond)

---

**Joe P's sympathetic friend** says:

*October 21, 2020 at 7:00 pm (https://hindenburgresearch.com/ideanomics/#comment-40711)*

Joe P is so angry for someone who supposedly made money on the stock. Fess up, you're deep in the red lol

Reply (https://hindenburgresearch.com/ideanomics/?replytocom=40711#respond)

---

Pingback: 7 Penny Stocks With Further to Fall – Forex Easy (https://forexeasy.xyz/7-penny-stocks-with-further-to-fall/)

---

# Leave a Reply

Your email address will not be published. Required fields are marked *

**Comment**

5/6/2021　　　Ideanomics Walks Back 4/u/s4 Forecasts Today; Our Visit To their XI MEG Facility Shows Zero Company Presence – Hindenburg Resea…

Case 1:20-cv-04944-GBD   Document 88-11   Filed 05/06/21   Page 15 of 15

## Name *

## Email *

## Website

☐ **Notify me of follow-up comments by email.**

☐ **Notify me of new posts by email.**

POST COMMENT

© 2018 Hindenburg Research (//hindenburgresearch.com). All Rights Reserved · Legal Disclaimer (/legal-disclaimer) · Privacy Policy (/privacy-policy)
Theme by Robert DeVore (https://robertdevore.com).