# EXHIBIT 13

Ideanomics InvestorRoom

## Ideanomics Qingdao Sales Center to be Officially Rebranded MEG Center by July 1 and Confirms Hindenburg's False and Misleading Communication

**- Ideanomics confirms that Hindenburg misrepresented communication with Qingdao Center junior sales manager**
**- Ideanomics assumed the lease of property including existing operations of Fu Da Automobile Trading Center and its staff**
**- On May 1, MEG's JV assumed the property management of Qingdao Sales Center including Fu Da's existing operations which has been in existence since 2018**

NEW YORK, June 26, 2020 /PRNewswire/ -- Ideanomics (NASDAQ: IDEX) ("Ideanomics" or the "Company")  announces that its Qingdao Sales Center will be officially rebranded into the MEG Center by July 1. It has been managed by the joint venture (JV) referred to as *Ai Neng Ju* with Fu Da Automobile Trading Center (Fu Da) (51% owned by MEG). The JV registration was completed on April 13, 2020. Fu Da has been operational since 2018 and they provided photos of it's 20,000 square meter property within the Center.

Ideanomics contacted a source cited by Hindenburg, Chen Xiandeng, a new junior sales manager at Fu Da. Hindenburg approached Mr. Chen under the false pretenses of being a potential reoccurring customer. When Hindenburg asked Mr. Chen about if he knew about Ideanomics or MEG, he replied that he is aware of the joint venture but he is not privy to the details. Mr. Chen also explained to Hindenburg that his responsibility is to sell cars and that this information is reserved for company executives. Mr. Chen refutes Hindenburg's claims that he said that he has never heard of Ideanomics or MEG.

As of May 1, Ideanomics' JV has resumed the property lease including Fu Da's business, and will add electric vehicle (EV) sales and financing services. Since that time, Ideanomics has refreshed and refitted the Fu Da property post COVID-19 reopenings.

Along with the transfer of the Center's lease, the MEG JV retained Fu Da's staff including Yan Qiang who has served as Fu Da's General Manager since its inception. He will remain General Manager of the newly branded MEG Center which will be expanding to 40,000 square meters and eventually 100,000 square meters. These expansion will include both commercial and passenger EV sales and related services.

### About Ideanomics
Ideanomics is a global company focused on facilitating the adoption of commercial electric vehicles and developing next generation financial services and Fintech products. Its electric vehicle division, Mobile Energy Global (MEG) provides group purchasing discounts on commercial electric vehicles, EV batteries and electricity as well as financing and charging solutions. Ideanomics Capital includes DBOT ATS and Intelligenta which provide innovative financial services solutions powered by AI and blockchain. MEG and Ideanomics Capital provide our global customers and partners with better efficiencies and technologies and greater access to global markets.

The company is headquartered in New York, NY, and has offices in Beijing and Qingdao, China.

### Safe Harbor Statement
This press release contains certain statements that may include "forward looking statements". All statements other than statements of historical fact included herein are "forward-looking statements." These forward-looking statements are often identified by the use of forward-looking terminology such as "believes," "expects" or similar expressions, involve known and unknown risks and uncertainties, and include statements regarding our intention to transition our business model to become a next-generation financial technology

company, our business strategy and planned product offerings, our intention to phase out our oil trading and consumer electronics businesses, and potential future financial results. Although the Company believes that the expectations reflected in such forward-looking statements are reasonable, they do involve assumptions, risks and uncertainties, and these expectations may prove to be incorrect. You should not place undue reliance on these forward-looking statements, which speak only as of the date of this press release. The Company's actual results could differ materially from those anticipated in these forward-looking statements as a result of a variety of risks and uncertainties, such as risks related to: our ability to continue as a going concern; our ability to raise additional financing to meet our business requirements; the transformation of our business model; fluctuations in our operating results; strain to our personnel management, financial systems and other resources as we grow our business; our ability to attract and retain key employees and senior management; competitive pressure; our international operations; and other risks and uncertainties disclosed under the sections entitled "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" in our most recent Form 10-K and Form 10-Q filed with the Securities and Exchange Commission, and similar disclosures in subsequent reports filed with the SEC, which are available on the SEC website at www.sec.gov. All forward-looking statements attributable to the Company or persons acting on its behalf are expressly qualified in their entirety by these risk factors. Other than as required under the securities laws, the Company does not assume a duty to update these forward-looking statements.

**Investor Relations and Media Contact**
Tony Sklar, VP of Communications
55 Broadway, 19th Floor New York, New York 10006
Email: ir@ideanomics.com

SOURCE Ideanomics

---

Additional assets available online:  Photos (1)

https://investors.ideanomics.com/2020-06-26-Ideanomics-Qingdao-Sales-Center-to-be-Officially-Rebranded-MEG-Center-by-July-1-and-Confirms-Hindenburgs-False-and-Misleading-Communication