UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

IN RE IDEANOMICS, INC. SECURITIES
LITIGATION

------------------------------------- x

ORDER

20 Civ. 4944 (GBD)

GEORGE B. DANIELS, District Judge:

The conference scheduled to occur on May 18, 2021 is hereby cancelled. This Court will hear oral Argument on Defendants' motions to dismiss on August 24, 2021 at 10:30 a.m.

Dated: May 12, 2021
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE