## APPENDIX A[1]

**Alleged Misstatements made by Alfred Poor:**

| Alleged Misstatement | Where Made | Date | Am. Compl. Citation |
|---|---|---|---|
| Defendant Poor reminded listeners that Ideanomics had already "**announced the MEG sales hub in the coastal port of Qingdao.**"<br><br>. . .<br><br>"Okay, so this is being provided by the city of Qingdao. It's an existing facility. Several of us were out there. It was already being refurbished to be an EV hub and they were looking to try and attract partners into it. MEG was the one that went in there.<br><br>*The building is mostly finished.* It has obviously been slowed down because of the coronavirus. *But the idea of it is it's about 1 million square feet of space. The idea there will be there will be vehicles on the site, similar to what you would see in a very high-end showroom. There will be multiple manufacturers from across the EV industry. It will be a friendly competitive environment.*<br><br>There will also be the administrative offices for MEG centrally for all of its processing for everything from invoicing through to rebates and accounting systems, things like that, will be based there for MEG. It is rent-free, so the city of Qingdao has made that rent-free to us. They have also made an investment into us, as you probably are aware from the press releases. | 4th Quarter 2019 Investor Earnings Call | 3/16/2020 | Am. Compl. ¶¶ 134-35 |

---

[1] Appendix A lists the alleged misstatements set forth in the Amended Complaint that are attributable to the Individual Defendants represented by Venable LLP in the present action: Alfred Poor, Conor McCarthy, and Anthony Sklar. Appendix A does not contain those statements allegedly attributable to Ideanomics, Inc. or Defendant Bruno Wu (who is represented by separate counsel).

| Alleged Misstatement | Where Made | Date | Am. Compl. Citation |
|---|---|---|---|
| But it is a very exciting project for us. For us, it doesn't matter if the building is new or old. ***It is being completely refurbished so the insides of it are going to be as new. It is all going to be glass-fronted and showroom kind of style in terms of the vehicle displays.*** So for us, it is an incredible opportunity." | | | |
| Signed 10-Q in which Ideanomics stated that "[*t*]*he Company anticipates that its MEG business unit will be the largest contributor to revenues in 2020.*" | 1st Quarter 2020 10-Q | 5/11/2020 | Am. Compl. ¶ 141 |
| In the Company's press release, Defendant Poor stated the following: "***We look forward to Q2 and beyond, including an AGM in the summer of this year to showcase both the MEG business and the formal ribbon-cutting on our new 1MM square feet EV center in Qingdao.***" | Press Release | 5/11/2020 | Am. Compl. ¶ 141 |
| "Additionally, as mentioned in our recent press releases, ***our EV hub in Qingdao had a soft launch on May 1 and as such, will be a contributor to our Q2 revenues. The existing business we assumed at our national sales center in Qingdao services both consumer and commercial inquiries.*** And I am pleased to announce the orders for the center are already underway."<br><br>. . .<br><br>"With that in mind, I'd like to finish my remarks by announcing that we are planning to have our AGM in the summer this year, possibly as early as the end of June or mid-July to be held in New York City and Qingdao. ***The purpose of bringing it forward when we traditionally hold it at the end of each year is to showcase our MEG business and the commencement of meaningful orders as well as to align with the formal ribbon cutting for our Qingdao EV hub and to introduce select partners participating with us in Qingdao.*** There is, of course, a dependency on pandemic tailing off, but our intention is to facilitate this interactively through videoconferencing if in person is not possible."<br><br>. . . | 1st Quarter 2020 Investor Earnings Call | 5/11/2020 | Am. Compl. ¶¶ 142-44 |

| Alleged Misstatement | Where Made | Date | Am. Compl. Citation |
|---|---|---|---|
| "Yes. Thanks for the question, Peter. It's an interesting one. *Yes, I absolutely do believe that we'll achieve profitability this year.* The reason I say that is we're in a progressive industry. We're in an industry which is driven by regulation time lines, and a lot of the stimulus packages that have been put out at regional level as well as national level in China are accelerating the adoption of EV. Something unique happened when we put a pause on society through the COVID-19 outbreak, which was major cities like Chengdu and Beijing, which usually are just a thick smog in the winter months had blue skies. So there was no way to know just how bad the traffic was. A lot of the blame on the micropollutants was on the coal-powered energy electricity stations over there, but it looks like the automotive industry was having the traffic -- having a much greater impact and even the most skeptical analysts have put forward. So *China is doubling down on those types of investments, and that leads us to the conversations that we're having with our partners at manufacturing level and with our customers to believe that we'll have a significant business in the second half of the year.*" | | | |
| "Obviously, we are heavily involved in the EV industry and we are looking to move big fleet operators onto EV away from gasoline and diesel, so what we were looking for a hub for the fleet industry to be able to focus itself. EV is very fragmented from battery makers to charging stations folks, to energy storage solutions to the EV manufacturers. *So we set out to create a hub where we could bring the best and [inaudible] partners and give the fleet operators a focal point where they could come and learn about EV.*" <br><br> . . . <br><br> "Absolutely, yeah. *We did a soft launch on May the 1st which we started selling vehicles outside. We were able to expand that this week and then this past Monday, we officially opened up a large center for both used cars and new EV vehicles. So both of those are up and running.* That's because Qingdao was able to relax its social distancing measures over the last | YouTube Video Interview | 5/28/2020 | Am. Compl. ¶¶ 148-49 |

| Alleged Misstatement | Where Made | Date | Am. Compl. Citation |
|---|---|---|---|
| weekend. We will be doing an official ribbon cutting in around a month, six weeks' time in which we'll be able to showcase the actual official opening and all the participating EV manufacturers." | | | |
| *"Yes so as you know we did a soft launch the beginning of May and then an official launch of our Qingdao EV hub towards later in May and it's been a very big success. It's met our expectations. We had aggressive goals for it, but we delivered more than 2,000 units sold vehicles in the first month.* So that's looking very promising for us as a revenue stream throughout the year." | YouTube Video Interview | 6/11/2020 | Am. Compl. ¶ 156 |
| "Yeah, *it's a really exciting opportunity for us.* One of the things we found in speaking to big fleet operators is the EV market is that it's a little bit different than traditional automobile market as we see here in the US and Europe. You know Tesla's the main player; it's a relatively new company and it's the same for commercial vehicles and the majority of the commercial fleet manufacturers are actually China based. *So it's difficult as a fleet operator to understand which companies to work with, how to get the right kind of lease, financing terms, things like that. So we sat down with the automotive industry in China and we understood what it really needs is a focal point. We looked at a number of cities and chose Qingdao . . . because it is a coastal port city, it is an important city for the automotive industry because it sits just across the water from Japan and S. Korea, two big world players in automotive. So really what we wanted to give China an expo center where they can go as fleet operators and learn the best about EV, about the charging battery technology and the types of savings in vehicle maintenance and energy demand."* | YouTube Video Interview | 6/15/2020 | Am. Compl. ¶ 159 |

**Alleged Misstatements made by Conor McCarthy:**

| Alleged Misstatement | Where Made | Date | Am. Compl. Citation |
|---|---|---|---|
| Signed 10-Q in which Ideanomics stated that "[*t]he Company anticipates that its MEG business unit will be the largest contributor to revenues in 2020.*" | 1st Quarter 2020 10-Q | 5/11/2020 | Am. Compl. ¶ 141 |

**Alleged Misstatements made by Anthony Sklar:**

None.

5