**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE IDEANOMICS, INC. SECURITIES LITIGATION** | No. 1:20-cv-04944-GBD-OTW<br><br>**DECLARATION OF GEORGE KOSTOLAMPROS IN SUPPORT OF CERTAIN DEFENDANTS' REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT** |

I, George Kostolampros, declare under penalty of perjury that the information set forth below is true and correct:

1.      I am a partner in the law firm of Venable LLP in Washington, D.C. Venable LLP represents Defendants Ideanomics, Inc. ("Ideanomics"), Alfred Poor, Conor McCarthy, and Anthony Sklar (together, "Certain Defendants") in the above-captioned matter.

2.      I respectfully submit this Declaration in support of Certain Defendants' Reply Brief (the "Reply Brief") in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF 87) in order to place before the Court true and correct copies of documents referred to in the Reply Brief.

3.      A true and correct copy of a chart of Ideanomics's stock prices from November 1, 2019 to the beginning of the Class Period on March 16, 2020, exported from https://www.nasdaq.com/market-activity/stocks/idex/advanced-charting, is attached hereto as **Reply Exhibit 1**.

4.      A true and correct copy of Ideanomics's Form 8-K, dated April 3, 2020 and filed with the SEC on April 6, 2020, is attached hereto as **Reply Exhibit 2**.

5.      A true and correct copy Ideanomics's Prospectus Supplement No. 2, filed with the SEC on April 28, 2020, is attached hereto as **Reply Exhibit 3**.

6.      A true and correct copy of Ideanomics's Prospectus Supplement No. 3, filed with the SEC on May 21, 2020, is attached hereto as **Reply Exhibit 4**.

7.      A true and correct copy of Ideanomics's Prospectus Supplement No. 4, filed with the SEC on May 26, 2020, is attached hereto as **Reply Exhibit 5**.

8.      A true and correct copy of Ideanomics's Prospectus Supplement No. 5, filed with the SEC on June 8, 2020, is attached hereto as **Reply Exhibit 6**.

9.      A true and correct copy of Ideanomics's Prospectus Supplement No. 6, filed with the SEC on June 12, 2020, is attached hereto as **Reply Exhibit 7**.

10.      A true and correct copy of Ideanomics's Prospectus Supplement No. 7, filed with the SEC on June 18, 2020, is attached hereto as **Reply Exhibit 8**.

11.      A true and correct copy of Ideanomics's Form 8-K, filed with the SEC on June 23, 2020, is attached hereto as **Reply Exhibit 9**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on July 15, 2021 in Washington, D.C.

Dated: Washington, D.C.
      July 15, 2021

/s/ George Kostolampros
GEORGE KOSTOLAMPROS