UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEP 2 7 2021

| |
|---|
| IN RE IDEANOMICS, INC. SECURITIES LITIGATION |

No.  1:20-cv-04944-GBD-OTW

**████████ ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW**

Upon consideration of the Motion for Leave to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED THAT Dakota L. Kann of Venable LLP is hereby withdrawn as counsel of record for Defendants Ideanomics, Inc., Alfred Poor, Conor McCarthy, and Anthony Sklar. The Clerk of the Court is directed to remove the above-named attorney from the docket as well as the ECF Service List.

IT IS SO ORDERED.

Dated: **SEP 2 7 2021**

_____
THE HONORABLE GEORGE B. DANELS
UNITED STATES DISTRICT JUDGE